CASE UNSEALED PER ORDER OF COURT
SEALED

FILED
OCT 10 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  ROBERT S. BREWER, JR.
   United States Attorney
2  JOSEPH S. GREEN
   Assistant United States Attorney
3  District of Columbia Bar No. 477524
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-6955

6  Attorneys for United States of America

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,           Case No.: 19MJ4453
10
              Plaintiff,
11                                      MOTION TO SEAL COMPLAINT,
      v.                                AFFIDAVIT AND THIS MOTION AND
12                                      ORDER THEREON
   MICHAEL JAMES PRATT (1)              [FILED UNDER SEAL]
13 MATTHEW ISAAC WOLFE (2),
   RUBEN ANDRE GARCIA (3),
14 VALORIE MOSER (4),

15            Defendants.

16

17
      The United States of America, by its counsel, moves to seal the
18
   Complaint, Affidavit and this Motion and Order in the above-captioned
19
   matter. Disclosure in the public record at this time likely would cause
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

#2 VRC

the targets to flee to avoid prosecution, destroy or discard evidence, and otherwise seriously jeopardize the investigation.

DATED: 10/9/2019

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

JOSEPH S. GREEN
Assistant U. S. Attorney

SO ORDERED.

DATED: 10/9/19

HON. LINDA LOPEZ
UNITED STATES MAGISTRATE JUDGE

2