ROBERT S. BREWER, JR.
United States Attorney
JOSEPH S. GREEN/ALEXANDRA F. FOSTER
California Bar No. 251169/Washington, D.C. Bar No. 470096
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel.: (619) 546-6955/6735
Email: Alexandra.Foster@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19CR4488-JLS |
| vs. | MOTION TO EXCLUDE TIME PURSUANT TO TITLE 18 U.S.C. § 3161(h)(7)(B)(ii) |
| MICHAEL JAMES PRATT (1), aka "Mark," | |
| MATTHEW ISAAC WOLFE (2), aka "Ben," | DATE: December 16, 2019 TIME:  1:30 pm |
| RUBEN ANDRE GARCIA (3), aka "Jonathan," | |
| THEODORE WILFRED GYI (4), aka "Teddy," | |
| VALORIE MOSER (5), | |
| AMBERLYN DEE NORED (6), aka "Amberlyn Clark," | |
| Defendants. | |

The United States of America applies to this Court pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) to exclude a period of time in computing the deadline within which

the trial of this case must commence under 18 U.S.C. § 3161. Counsel for all Defendants, except Ruben Andre Garcia (3), do not object to the motion.[1]

In support of this application, the United States states:

1. Defendants are charged in the above-captioned case with violating Title 18, U.S.C. Secs. 1594(c) and 1591(a)(1) and (2) – Conspiracy to Commit Sex Trafficking by Force, Fraud and Coercion; Title 18, U.S.C. Sec. 2251 (a) and (e) – Production of Child Pornography; Title 18, U.S.C. Sec. 1591(a)(1), (a)(2) and (c) – Sex Trafficking of a Minor by Force, Fraud and Coercion; Title 18, U.S.C. Sec. 1591(a)(1) and (2) – Sex Trafficking by Force, Fraud and Coercion; Title 18, U.S.C. Sec. 1594(d) and (e), Title 18 U.S.C. Sec. 2253(a)(2), (a)(3) and (b), and Title 28 U.S.C. Sec. 2461(c) – Criminal Forfeiture.

2. As set forth in greater detail first in the 25-page complaint and then in the 7-page indictment in this case, Defendants are charged with sex trafficking by force, fraud and coercion for recruiting young women to perform graphic sexual acts, which were filmed and then posted onto Pratt's and Wolfe's pornographic websites. These women were convinced to do these videos through fraudulent representations --including representations that their videos would not be posted on the internet-- followed by force and coercion.  Currently, the United States has charged six victims (five adults and one minor).  It anticipates adding to that number.  The alleged criminal conduct spans seven years, 2012 to 2019.

3. Title 18, United States Code, Section 3161(h)(7)(B)(ii), provides in pertinent part as follows:

> (h) The following periods of delay shall be excluded in computing the time . . . within which the trial of any such offense must commence:
> . . .
> (7)(A) Any period of delay resulting from a continuance granted by any judge … at the request of the attorney for the Government, if the judge granted such continuance on the basis of his (her) findings that the ends

---

[1] Michael James Pratt (1) has not yet been arrested.

of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.
…
(B) The factors, among others, which a judge shall consider in determining whether to grant a continuance under subparagraph (A) of this paragraph in any case are as follows:
…
(ii) Whether the case is so unusual or so complex, due to … the nature of the prosecution . . . that it is unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by this section.

4. Filing criminal charges against the Defendants in this case follows more than three years of related civil litigation and a lengthy trial, which has just been submitted to Judge Kevin Enright in San Diego Superior Court. *See Jane Doe Nos. 1-22, inclusive, individuals v. girlsdoporn.com, a business organization et al.,* Case no. 37-2016-00019027-CU-FR-CL consolidated with 37-2017-00033321-CU-FR-CTL and 37-2017-00043712-CU-FR-CTL. During the civil litigation, numerous witnesses, victims and some of the Defendants have been deposed, in some cases on multiple occasions. Additionally, many of the same witnesses, victims and defendants have testified in the trial that has been on-going since August 2019. Some witnesses testified over the course of multiple days. As a result, there are many thousands of pages of deposition and trial transcripts with testimony of the witnesses, victims and defendants. In addition to the trial transcripts, the United States anticipates receiving a significant amount of evidence from the litigants in the case, which will be produced in discovery. This criminal case is therefore unusual and more complex than a typical criminal prosecution that does not follow years of related civil litigation.

5. In addition to the materials from the civil case, the United States expects to produce an unusually large amount of materials in discovery stemming from a search warrant executed on the Defendants' business office on October 9, 2019. Pursuant to that search warrant, the FBI seized 0.6 petabytes of data and 24 boxes of documents. (A petabyte is the measurement unit for one quadrillion.) Given the civil

litigation, the U.S. Attorney's Office worked with the FBI to set up a taint team, including an AUSA working with several FBI agents, to review these materials for attorney-client information/documents, and removing or otherwise redacting that information/documents before turning it over to the investigating FBI agents and the prosecuting AUSAs, and the Defendants and their counsel. The process of reviewing and then turning over these materials, along with other evidence, in discovery has already begun.

6. WHEREFORE, the United States requests that the Court grant the unopposed (except for Ruben Andre Garcia (3)) motion to exclude time for purposes of the Speedy Trial Act in accordance with the provisions set forth in Section 3161(h)(7)(B)(ii).

Date: December 3, 2019

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

s/ *Joseph Green/Alexandra F. Foster*
Assistant United States Attorneys