FILED

Feb 10 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ anthonye   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JAMES PRATT (1), <br>    aka "Mark," <br> MATTHEW ISAAC WOLFE (2), <br>    aka "Ben," <br><br> Defendants. | Case No. 19CR4488-JLS <br><br> I N D I C T M E N T <br> **(Superseding)** <br><br> Title 18, U.S.C., Secs. 1594(c) - Conspiracy to Commit Sex Trafficking by Force, Fraud and Coercion; Title 18, U.S.C., Sec. 1591(a)(1) and 1591(a)(2) - Sex Trafficking by Force, Fraud and Coercion; Title 18, U.S.C., Sec. 2251(a) and (e) - Production of Child Pornography; Title 18, U.S.C., Sec. 1591(a)(1), (a)(2) and (c) - Sex Trafficking of a Minor and by Force, Fraud and Coercion; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Secs. 1956(a)(1)(A)(i) and 1956(h) - Conspiracy to Launder Monetary Instruments; Title 18, U.S.C., Secs. 982(a) and 982(b), 1594(d) and 2253(a) and 2253(b), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

//

//

//

AFF:nlv:San Diego:2/9/22

## Count 1

### Conspiracy to Commit

### Sex Trafficking by Force, Fraud and Coercion

Beginning on an unknown date, but no later than approximately 2012, and continuing through October 9, 2019, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," MATTHEW ISAAC WOLFE, aka "Ben," and Ruben Andre Garcia, aka "Jonathan" (charged elsewhere), Theodore Wilfred Gyi, aka "Teddy" (charged elsewhere), and Valorie Moser (charged elsewhere), conspired and agreed with each other and others to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person — to wit, Victims 1-15 — knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause these persons to engage in a commercial sex act, and to benefit financially and receive anything of value from participation in a venture engaged in such acts, in violation of Title 18, United States Code, Section 1591(a)(1) and (a)(2). All in violation of Title 18, United States Code, Section 1594(c).

## Count 2

### Sex Trafficking by Force, Fraud and Coercion

On or about May 2012, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 1, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided,

2

obtained, and maintained Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 1 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

### Count 3

#### Sex Trafficking by Force, Fraud and Coercion

On or about August 2013, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 2, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 2, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 2 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

### Count 4

#### Sex Trafficking by Force, Fraud and Coercion

On or about August 2013, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 3, and benefitted

3

financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 3, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 3 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

### Count 5

### Sex Trafficking by Force, Fraud and Coercion

On or about October 2013, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 4, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 4, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 4 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

### Count 6

### Sex Trafficking by Force, Fraud and Coercion

On or about October 2013, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and

foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 5, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 5, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 5 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

### Count 7

### Sex Trafficking by Force, Fraud and Coercion

On or about November and December 2013, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 6, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 6, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 6 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

//
//
//

Count 8

Sex Trafficking by Force, Fraud and Coercion

On or about February 2014, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 7, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 7, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 7 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

Count 9

Sex Trafficking by Force, Fraud and Coercion

On or about November 2014, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 8, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 8, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 8 to engage in a commercial sex act; in violation of

Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

Count 10

<u>Sex Trafficking by Force, Fraud and Coercion</u>

On or about December 2014 and January 2015, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 9, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 9, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 9 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

Count 11

<u>Sex Trafficking by Force, Fraud and Coercion</u>

On or about May 2015, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 10, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 10, knowing and in reckless disregard of the fact that means of force, threats of force,

fraud, coercion, and any combination of such means, would be used to cause Victim 10 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

### Count 12

### Sex Trafficking by Force, Fraud and Coercion

On or about August 2015, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 11, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 11, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 11 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946). .

### Count 13

### Sex Trafficking by Force, Fraud and Coercion

On or about August 2015, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 12, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored,

transported, provided, obtained, and maintained Victim 12, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 12 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

## Count 14

### Sex Trafficking by Force, Fraud and Coercion

On or about October 2015, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 13, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 13, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 13 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

## Count 15

### Sex Trafficking by Force, Fraud and Coercion

On or about January 2016, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Victim 14, and benefitted financially and by receiving

9

anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 14, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 14 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

## Count 16

### Sex Trafficking by Force, Fraud and Coercion

On or about February 2016, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 15, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Victim 15, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 15 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

//
//
//
//

Count 17

Production of Child Pornography

On or about September 2012, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," did attempt to employ, use, persuade, induce, entice, and coerce a 16-year-old minor ("Minor Victim 1") to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was transported using any means and facility of interstate and foreign commerce or in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Sections 2251(a) and (e) and 2, and Pinkerton v. United States, 328 U.S. 640 (1946).

Count 18

Sex Trafficking of a Minor and by Force, Fraud and Coercion

On or about September 2012, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained Minor Victim 1, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Minor Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Minor Victim 1 to engage in a commercial sex act, and having had a reasonable opportunity to observe Minor Victim 1 and knowing and in reckless disregard that Minor Victim 1 was under the age of 18 years

old; in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2) and (c) and 2, and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

## Count 19

### Conspiracy to Launder Monetary Instruments

Beginning an unknown date, but no later than approximately 2012, and continuing through October 9, 2019, within the Southern District of California, and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," did knowingly and intentionally conspire with other persons known and unknown to the grand jury to launder monetary instruments, in violation of Title 18, United States Code, Section 1956(h), to wit: to conduct financial transactions which involved the proceeds of unlawful activity, that is, sex trafficking by force, fraud and coercion, in violation of Title 18, United States Code, Section 1591, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, that is, sex trafficking by force, fraud and coercion, in violation of Title 18, United States Code, Section 1591, with the intent to promote the carrying on of the specified unlawful activity, that is, sex trafficking by force, fraud and coercion, in violation of Title 18, United States Code, Section 1591; in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(h).

### FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 19 above are re-alleged herein and incorporated as a part hereof for purposes of seeking forfeiture of property of defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," to the United States pursuant to Title 18, United States Code, Sections 1594(d) and (e), Title 18, United

States Code, Sections 2253(a)(2) and (3), and Title 18, United States Code, Section 982(a)(1).

Upon conviction of the offenses in Counts 1 through 16, and 18, which involve violations of Title 18, United States Code, Sections 1591 and 1594, defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," shall forfeit, pursuant to Title 18, United States Code, Section 1594(d) and (e), all right, title, and interest in (1) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and (2) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; including but not limited to the following:

(a) the domain name of girlsdoporn.com; and

(b) the domain name of girlsdotoys.com; and

(c) the domain name of beginmodeling.com.

Upon conviction of the offense in Count 17, which involve violations of Title 18, United States Code, Section 2251(a) and 2251(e), defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," shall forfeit, pursuant to Title 18, United States Code, Sections 2253(a)(2) and (3), all right, title, and interest in (1) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and (2) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property. Upon conviction of the offense in Count 19, which involve violation of Title 18, United States Code, Section 1956(h), defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," shall forfeit,

pursuant to Title 18, United States Code, Section 982(a)(1) all property involved in the offense, and all property traceable to such property.

If any of the property described above, as a result of any act or omission of defendants MICHAEL JAMES PRATT, aka "Mark," and MATTHEW ISAAC WOLFE, aka "Ben," cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeiture of substitute property up to the value of the property described above, pursuant to Title 18, United States Code, Sections 982(b) and 2253(b)(2), and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 982(a) and 982(b), 1594(d) and 2253(a) and 2253(b), and Title 28, United States Code, Section 2461(c).

DATED: February 10, 2022.

RANDY S. GROSSMAN
United States Attorney

By: /s/ Joseph S. Green
JOSEPH S. GREEN
ALEXANDRA F. FOSTER
Assistant U.S. Attorneys

14