TARA K. McGRATH
United States Attorney
ALEXANDRA F. FOSTER
Assistant U.S. Attorney
Washington D.C. Bar No. 470096
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: (619) 546-6735
Email: Alexandra.Foster@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR4488-JLS |
|---|---|
| Plaintiff, | |
| v. | MOTION FOR A PROTECTIVE ORDER REGARDING DISCOVERY |
| MICHAEL JAMES PRATT, | |
| Defendant | |

The UNITED STATES OF AMERICA, by and through its counsel Tara McGrath, United States Attorney, and Alexandra F. Foster and John N. Parmley, Assistant U.S. Attorneys, moves, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, for this Court to enter a protective order to prevent premature and unwarranted disclosure of evidence to potential targets, subjects, witnesses, unrelated third parties and jurors.

//

//

//

1

The draft order was signed by defense counsel on March 27, 2024, and submitted to chambers on March 29, 2024.

                                        Respectfully submitted,

                                        TARA MCGRATH
                                        United States Attorney

Dated: March 29, 2024       *s/ Alexandra F. Foster*
                                        ALEXANDRA F. FOSTER
                                        Assistant U.S. Attorney