BRIAN J. WHITE, A.P.C.  (Bar No. 155198)
Attorney at Law
4320 Iowa St.
San Diego, CA 92104
Telephone: (619) 280-8022
Facsimile: (619) 280-8023
brian@bjwlaw.com

Attorney for Defendant,
MICHAEL J. PRATT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | ) | Case No.19cr04488-001-JLS |
|---|---|---|
| Plaintiff, | ) | **DEFENDANT'S SENTENCING MEMORANDUM** |
| vs. | ) | |
| MICHAEL JAMES PRATT, | ) | Date: 9/8/25 |
| Defendant. | ) | Time: 9:00 a.m. |

TO: ADAM GORDON, UNITED STATES ATTORNEY, ALEXANDRA FOSTER and JOHN N. PARMLEY, ASSISTANT UNITED STATES ATTORNEYS, and JENNY M. TYSON, PROBATION OFFICER:

Michael James PRATT submits the following for the Court's consideration when fashioning an appropriate sentence for him.

**PERSONAL BACKGROUND**

Michael PRATT was born and raised in Christchurch, New Zealand. His father was a manager of an insurance company and his mother was a dental assistant. Mr. Pratt's father was a drinker and abusive, more so toward Mr. Pratt than to his younger sister of three years, Rachel. Rachel recalls Mr. Pratt

protecting her by taking the brunt of their father's abuse.  As a boy, Mr. Pratt enjoyed playing basketball and video games with his friends.

As a young teenager, Mr. Pratt got his first job, a bicycle route delivering newspapers twice a week, which he held for a couple of years.  Meanwhile, now in high school,  Mr. Pratt's interest in computers grew. His parents bought him his first computer and he became intrigued with the internet and wanted to learn more about it.  He was self-taught and eventually learned how to create websites.

By the age of 16 or 17, Mr. Pratt had heard about affiliate marketing and wanted to give it a try. He would make short video clips for various products and the clips would link to the purveyors of those products.  Mr. Pratt would get a small commission for every sale generated by his marketing videos. As it turned out, that business model didn't generate much income.  Mr. Pratt began looking for better ways to generate income, and through the associations he made in the affiliate marketing business, he learned that making videos to direct internet traffic to pornography sites could be financially successful.

Mr. Pratt spent the next year saving money until he could afford a quality video camera. Now in his early 20s, Mr. Pratt set out to make a short pornographic video.  He advertised for models in local papers and received responses from interested parties. But when he tried to pull everything together to make the video, the actors backed out. At that point, Mr. Pratt decided to move to Brisbane, Australia, which had a much larger population than his hometown of Christchurch, with the hope of having a larger pool of willing actors to perform in his videos.

Over the next two or three years in Brisbane, Mr. Pratt was able to find actors and made four or five videos. He created a website,"Girls Do Porn" ("GDP") and uploaded the videos onto the site. The videos were not very professional and didn't sell. After this failed attempt to make adult videos, Mr. Pratt decided to move to Boston, where he hoped he could make a go of GDP.

/ / /

Having no business training and no legal training, Mr. Pratt had to learn the ropes as he went along. In circa 2007, while in Boston, Mr. Pratt would place ads for models on Craigslist under the "Adult Gigs and Escorts" section. Those who responded to the ads knew they were applying for pornography type modeling jobs because that was the nature of jobs offered under the "Adult Gigs" section. Mr. Pratt offered $1,500 for the job and was able to secure models for the videos.

By 2009, Craigslist changed its policies and removed the "Adult Gigs and Escorts" section and no longer permitted advertising for adult sex-related jobs–"modeling," "escorts," etc. As Craigslist was Mr. Pratt's primary source of models, he had to change his business strategy. As a workaround, he found he could simply post ads seeking "models" on Craigslist. When potential models contacted him, Mr. Pratt sent an automatic, pre-drafted, email informing them that the modeling job was for an adult video. Some remained interested, many did not.

Finding Boston too cold, Mr. Pratt began making his way west, with brief stays in the upper mid-west until he settled in San Diego circa 2012. Mr. Pratt was still using the same business model he developed in Boston. By now, Andre Garcia was working for Mr. Pratt as a recruiter. GDP started taking off and was receiving a couple hundred responses a day to its Craigslist ads. Mr. Pratt was filming 1-3 videos a week and constantly needed new models. This is when he and Garcia began making representations to models that the videos would not be posted on the internet. Mr. Pratt now recognizes those misrepresentations were reckless, fraudulent, and ultimately harmful to many women.

Initially, Mr. Pratt was directly involved in filming the videos. Circa 2014, Mr. Pratt's childhood friend, Matt Wolfe, took over as the cameraman and Mr. Pratt spent more time in the office doing post-production work and other business related activities.

In addition to being a recruiter for GDP, Andre Garcia was the main male actor in the videos, and was the actor in every video involving the victims in this

case. Garcia had his own personal issues and his behavior was at times erratic and unpredictable. Much of this conduct occurred outside of Mr. Pratt's presence. When Mr. Pratt received complaints about Garcia's actions, including alcohol use and "extracurricular" contact with the models, he instituted certain safety measures. He made sure the hotel room liquor refrigerators were locked and inaccessible, he installed nanny cameras to capture all interaction between the models, camera crew, and Garcia, and he instituted a policy requiring the entire crew to leave together.

GDP began to unravel in 2016 when several GDP models filed a civil lawsuit against Mr. Pratt and several of his entities in the San Diego Superior Court. During the course of the lawsuit, and well before any criminal charges were filed in this case, Mr. Pratt left the country.

On December 21, 2022, Michael Mr. Pratt was arrested in Spain on an arrest warrant issued in this case. At the time of his sentencing, he will have served 994 days (32 months, 19 days) in custody.

## COMMENTS ON THE PRESENTENCE REPORT

This case understandably engenders antipathy toward Michael Pratt. Even conducted within the bounds of the law, many people consider the entire pornography business exploitative and dehumanizing. Of course, that is exacerbated when the conduct crosses the line into illegality. Personal feelings aside, District Court Judges are tasked with dispassionately sentencing the human being coming before them, which Mr. Pratt knows this Court will do. However, the narrative the PSR offers to the court is not entirely accurate and Mr. Pratt would like to clarify some of the points that have been misconstrued.

The gravamen of Mr. Pratt's crime is that he committed sex trafficking by fraud *or* coercion. The central theme was that he represented to the models that

the videos would not be posted on the internet. Had he disclosed that the videos would be posted on the Girls Do Porn website, there would have been no civil case and no criminal case. Again, Mr. Pratt acknowledges that the victims have suffered significant harm. Nevertheless, these points of clarification are meant to give the Court a more accurate view of the facts underlying this case.

**1.     The Women Knew this was Pornography *Before* Traveling to San Diego**

The PSR correctly states that the women who responded to modeling ads received responses indicating that the actual job would be to make pornographic videos. PSR ¶7. Every woman who responded received an email immediately informing them the work was not basic modeling but adult video pornography. Here is a typical response email:

> To: ▮▮▮▮▮▮▮▮
> From: Jonathan N
> Sent: Thur 9/26/2013 10:52:22 PM
> Subject: Re: Minneapolis's Hottest Girls Get Paid Now-$3000 (Rancho Santa Fa, CA)
>
> Hello, thank you for expressing interest in our ad, we receive many applicants, but only a select few get this reply as we are very picky about who we work with.
>
> This is a legitimate adult gig for an established Southern California company. You will make $2000 CASH for your first shoot which is paid up front, consistent work is also available, we offer solo toy scenes for $1000. You can do BOTH scenes in one trip for $3000.
>
> This is a 30 minute adult video. Only the producer and talent are present during your shoot. All shoots are held at a luxury upscale location with only 3 people, the male model, the director and yourself.

Unsurprisingly, many opted out. Those who remained interested sent naked photographs of themselves and then entered into negotiations with Mr. Pratt or Andre "Dre" Garcia. If both sides agreed, a round-trip airfare was purchased, as well as a hotel reservation, and an itinerary would be sent to the model. The woman would be picked up at the airport, taken to have makeup done, and brought

to the hotel where she would sign a contract and perform the shoot under professional studio lighting and video camera.

This summary is important because it is inconsistent with some of the women's statements to the agents or to the Court that they were not told it was pornography until arriving in San Diego. The emails show that was not the case. Nor would that make any logical sense. Significant financial resources were spent for each shoot–from the airline tickets to the hotel rooms, the makeup artists, and so on. It would make no sense to wait until someone arrived, spring the news on them and hope they would agree to go forward. Instead, his business model entailed informing the models the job entailed shooting an adult video, and requesting them to email nude photos of themselves *before* traveling to San Diego.

### 2.     The Women Were Not Forced to do Solo Shoots for Girls Do Toys.

Along those lines, the PSR includes allegations that some of the models were not told about, and forced to do, solo videos for Girls Do Toys after they finished their male-female video. That too is inaccurate. In the initial email screenshot shown above, the women were told upfront they could make additional money for a second solo shoot ("we offer solo toy scenes for $1,000. You can do both scenes in one trip for $3,000").

Many chose to do so, many did not, which is consistent with the records maintained by the business; approximately one-third of the women agreed to do a shoot for Girls Do Toys. And the fact that some women did a Girls Do Toys shoot, while others chose not to, is consistent with the women having free choice, versus being forced to participate in a subsequent video. And if they had a choice, their agreement to participate in two (or in some cases three or more) videos, is also inconsistent with subsequent allegations of assault during the shoots. Along those lines, the same can be said of the numerous women who agreed to serve as

"reference girls" for GDP to speak with other women thinking about participating.

### 3. Mr. Pratt's Role in Filming Videos.

In the early days of GDP, Mr. Pratt was the principal cameraman. As the business grew, he hired Theodore GYI and then Matthew Wolfe to do the filming. With the growth of the business, Mr. Pratt turned more of his time and attention to running the office, and delegated more of the videotaping to his cameramen. To the best of his knowledge, Mr. Pratt participated in some, but not all of the filming of the women listed as victims in the instant case. In the instances where Mr. Pratt was not present for the filming, to the extent offensive behavior occurred, he is not in a position to confirm or deny it, as he has no direct knowledge.

The videotaping process followed a standard protocol. The film crew principally consisted of a videographer, a makeup artist, and the male actor (predominantly Garcia). The crew would arrive in the hotel room and set up the camera and studio lighting. The lighting consisted of several professional lights held on tripods. Space in the rooms was limited and the camera and lighting crates would be place out of camera view, often by the door because that's where there was space. There was no intention to block access to the door, it was simply a convenient place to store the empty crates and boxes during filming.

There are allegations that Garcia plied some women with alcohol or marijuana. Mr. Pratt was unaware of this and, in fact, did not want his female models to appear under the influence. Again, it would make no business sense for models to become intoxicated prior to the shoot because intoxicated actors would make for poor videos..

The videos were formulaic. Each followed the same script and involved the same basic set of sexual positions. The positions would be discussed on-video in the preliminary interview, and during filming the cameraman or Garcia would tell the women which position was up next. After each position was filmed there

would be a short break. The women had their phones and access to the bathroom. None of them called the police or hotel security before or after filming; many agreed to return for subsequent videos, and some agreed to serve as "reference girls" to help recruit other models.

From Mr. Pratt's point of view, his crew was to keep his models comfortable, engaged, and to create high quality adult videos, using professional grade equipment.

The PSR identifies troubling conduct and observations on certain videos. At ¶¶55-57 the Probation Officer recites her perceptions of what she saw on certain unidentified videos. The defense has reviewed a number of videos and has not seen any depicting the violent sexual acts perceived by the probation officer–models crying out or shedding tears in pain, or vomiting. Mr. Pratt himself denies that his models were subjected to such treatment. Recognizing that perceptions can vary, we must simply agree to disagree about what was depicted on those videos.

It is true that, as the PSR points out at ¶56, during one post-sex interview, one of the women said, "My vagina hurts a lot." The PSR's description, however is misleading because her *actual* statement was, *"The sex was awesome!* My vagina hurts though, a lot," followed by statements of how she enjoyed being filmed. And in her post-sex interview at the end of the filming, that woman said she "loved it, really exciting," and when asked if she would do it again, replied "Absolutely!"

Such positive post-sex statements were consistent throughout the post-performance video shoots. Virtually every post-performance video contained positive comments from the models:

- "It was better than I thought it was going to be."
- "It was a lot more comfortable than I thought it would be."

- ! "So you had a good time?" "Yeah, I did." "Would you do it again?" "Yeah, I would. Definitely."
- ! "How was it?" "It was thrilling."
- ! "I enjoyed myself and I had fun."
- ! It was "a lot less intimidating than I thought it would be. I was a lot more comfortable than I though I would be."
- ! Being filmed "is a little weird, but I like it."
- ! "It was fun." "It was empowering."

The defense was unable to locate a single post-performance interview where a model said anything negative about the experience or appeared to be upset by the performance.

Mr. Pratt never intended the women to do anything against their will. For example, in one video a model asks Garcia to stop after attempting to engage in a sexual position she had never done before. She said, "stop, it's not going to work." Garcia stopped. The model offered to try a second time and again told Garcia to stop because it wasn't going to work. Again, Garcia stopped. That was the end of it. Forcing a model to do something against her will was not Mr. Pratt's intention. .

### 4. Mr. Pratt's Efforts to Scrub the Women from the Internet
**PORN WIKILEAKS**

Porn Wikileaks was the creation of Donny Long, a disgraced former porn star who collected personal information of thousands of porn stars before he was run out of the business. After being declared *persona non grata* by the porn industry, Long launched Porn Wikileaks, a revenge porn website. Through Porn Wikileaks, Long "doxed" large numbers of porn performers whom he disliked. Doxing is the action or process of searching for and publishing private or identifying information about a particular individual on the internet, typically with malicious intent. Porn performers commonly use pseudonyms to protect their

identities. The goal of Donny Long's Porn Wikileaks was to expose the true identities of those performers who engendered his ire, extorting ransoms from them before removing their information from his site.

A subset of doxers are known as "porn trolls." Porn trolls scour porn websites with the malicious intention of exposing the personal identities of the performers. Porn trolls operate by sharing bits of information about performers they are interested in targeting. Porn trolls will scour social media and other sources to piece together the identity of that performer to dox them.

The Porn Wikileaks website was essentially a forum. The forum allowed porn trolls to share pieces of information about porn performers with the intention of doxing them once they figured out their identities.

Girls Do Porn was careful about protecting the identities of the women it hired. Never did they use their true names in any of the videos. But once the videos were posted on-line, the porn trolls went to work and began collecting evidence about their identities through Porn Wikileaks and other sites.

When Mr. Pratt became aware that some of the women who made Girls Do Porn videos were being doxed, he took efforts to stop it. Initially, Mr. Pratt hired a lawyer to submit Digital Millennium Copyright Act ("DMCA") complaints to Google. A DMCA complaint, often referred to as a DMCA takedown notice, is a formal request sent to a website or online service provider by a copyright holder, to remove or disable access to content that allegedly infringes on their copyright. Essentially, it's a mechanism for copyright holders to protect their intellectual property online.

In his DMCA takedown notices, Mr. Pratt specifically expressed concern that Porn Wikileaks was exposing the identities of the GDP models. For example, on August 22, 2015, Mr. Pratt's DMCA takedown notice states:

///

///

> [Porn Wikileaks] is using our images/video and also posting real names to our models, ie [sic] compromising their identity's we ask you to remove the site from google.
> ("Exhibit A.")

On September 7, 2015, Mr. Pratt's DMCA takedown notice stated:

> [Porn Wikileaks] is posting pirated content from our website and exposing our models [sic] real names. This is the third DMCA we have filed against this website.
> ("Exhibit B.")

In response to Mr. Pratt's DMCA takedown notices, Porn Wikileaks tried to manipulate keywords to get around Google's DMCA, as reflected in Mr. Pratt's September 19, 2015 DMCA complaint:

> Stolen content as well as publicly releasing our models names and personal information. This is the 5th dmca [sic] we have submitted against this website. As you will see below website is also trying to use random keywords to manipulate search results and get around google dmca [sic].
> ("Exhibit C.")

Porn Wikileaks aggressively responded to Mr. Pratt's DMCA takedown notices. On September 22, 2015, it posted the heading:

> **Girls Do Porn GDP only warning!**, followed by this text: File one more fraudulent DMCA against us and OUR MEMBERS will throw a shit storm of your video content everywhere. See these people keep repeatedly filing false fraudulent DMCA notices for content that is protected under the fair use act and or content that does not belong to them such as a models real name or a small photo and making us report them each time. [¶] how would you like girlsdopornfreevideos.com with all your full videos on it hosted overseas with rotating urls? FUCK WITH US WE DARE YOU? BACK OFF OR ELSE YOU WILL GET THE PWL HORNS THIS IS YOUR ONLY WARNING!
> ("Exhibit D.")

Porn Wikileaks' opposition to Mr. Pratt's DMCAs evidently proved successful, as evidenced by PWL's post of October 26, 2015 under the heading:

"Girls Do Porn GDP Owner is a Fucking Stupid Moron," followed by this text:

> We warned these stupid assholes to stop wasting time filing fraudulent DMCA notices but they keep doing it and we keep winning. As we tell google every time they submit one we are protected under News reporting and DMCA doesn't apply and guess who even agrees with us? That's right guys GOOGLE AND ITS LAWYERS! ("Exhibit E.")

Still determined to shut down the doxing of its models, Mr. Pratt negotiated the purchase of Porn Wikileaks with the intention of shutting down the doxing. Circa December 2015, Mr. Pratt paid Donny Long $20,000 to acquire Porn Wikileaks. However, Donny Long had other sites which he continued to use as doxing cites, including doxing GDP models. Mr. Pratt confronted Donny Long about this when he learned of it, and, living up to his penchant for extortion, Donny Long offered to sell those remaining websites to Mr. Pratt for an additional payment of $20,000. Mr. Pratt made that second payment circa October 2016. Mr. Pratt's sole intention in purchasing Porn Wikileaks, and later Donny Long's other sites, was to stop the doxing of GDP models.

**OTHER PORN TROLLING SITES**

In addition to Mr. Pratt's efforts to shut down the doxing of GDP models by: (1) retaining counsel to send DMCA takedown notices to Google to take down Porn Wikileaks posts identifying GDP models; (2) Purchasing Porn Wikileaks itself; and (3) purchasing Donny Long's additional doxing sites, Mr. Pratt took additional steps to help the women remove their identities from the internet. Specifically, Mr. Pratt paid outside counsel to represent the women in an effort to scrub them from the internet. Outside counsel's legal work on behalf of the women resulted in the removal of many websites that identified the women. Mr. Pratt paid all of outside counsel's associated legal fees, such that Mr. Pratt effectively offered free attorney services to models seeking to scrub their names

from doxing sites.

## IMPACT OF THE PLEA AGREEMENT

In their plea agreement, the parties agreed to the following advisory Guideline calculations:

| | |
|---|---|
| Base Offense Level, USSG §2G1.1 | 34 |
| More than 10 Victims, USSG §2G1.1, App. Note 6 | +3 |
| Aggravating Role, USSG §3B1.1 | +4 |
| Acceptance of Responsibility, USSG §3E1.1 | -3 |
| **Adjusted Offense Level** | **38** |

Under the plea agreement, the parties agree that Defendant shall be sentenced to no less than 210 months and no more than 293 months in custody. The Government agrees to recommend a sentence of 260 months. (PSR ¶199.)

## SENTENCING CONSIDERATINOS

Mr. Pratt comes to this court knowing his actions were extremely reckless and harmful to a considerable number of women. It was not his goal to cause harm to others, but the success of his business skewed his moral compass and he defrauded women into believing their videos would not be posted on-line. He cannot and does not ask for forgiveness for making those representations in light of his full intention to post the videos on his GDP and GDT websites, for such actions are unforgivable. Mr. Pratt's victims are right for viewing him with contempt. Mr. Pratt does not endeavor to change his victims' view of him for he knows he deserves their scorn.

Mr. Pratt does, however, urge the Court to resist the temptation to define him solely by the worst thing he has ever done. He is not the manifestation of pure evil.

As mentioned, he grew up in a home with an abusive father, but he had a loving mother and sister. To this day, he maintains almost daily contact with his mother and sister and both love and support him.

///

Mr. Pratt experienced difficulties in school, owing in large part to his ADHD. Still, he exhibited the ability to motivate himself to learn on his own terms, principally computers. His proficiency with computers led to him learning how to create websites, which led him to affiliate marketing. Mr. Pratt has always been self-reliant, someone with a strong entrepreneurial streak.  It was that entrepreneurial impulse that led Mr. Pratt to create GDP.

Mr. Pratt feels deep remorse for his actions and has empathy for his victims. Daily he looks for opportunities to better himself and to help others. (See "Exhibit F.") Mr. Pratt has demonstrated his commitment to bettering himself by earning nearly 100 different certificates while in pretrial confinement.  (See "Exhibit G.")  Those who know Mr. Pratt have seen the positive sides of him (See "Exhibit H"):

- He'd toss me a little extra cash, treat me to meals–whatever he could do. That's just who he was. We looked out for each other...He was quiet, stuck to himself unless he really trusted you, but when he did—you saw the loyalty, the honesty, the care.
*Charlie C.*

- He's the best uncle I could ever ask for; always caring and kind He helped me with my ADHD, anxiety and depression. Giving me tips on how to cope with them and activities to do that would help me.
*Dylan W.*

- I first met Mr. Pratt during a time when I was struggling financially. Although I was not fully qualified for the position I applied for, I explained my situation to him, and he chose to give me a chance....On a personal note, when he learned that my dog required surgery–a cost I could not afford–he stepped in without hesitation to ensure my dog received the care she needed.
*Fredrick J.*

- ! I consider Michael to be a good guy and a friend of mine. I found him friendly and trustworthy....When Michael moved to America I lost contact with him, and when I heard the news, I was very shocked! At first I thought he must be another Michael, I would of never even thought he would be doing anything illegal specifically, the type of suff that he was being charged with.
  *Shane A.*

- ! He is always there to help anyone. In New Zealand, one of my friends had no place to live, and Mike let him stay with him until he could get his life back on track. Mike has always been like that–always looking out for the people around him....Mike has been an amazing uncle to my son and has always cared for him–hanging out with him, playing games whenever he was free, and always calling to talk to him on the phone.
  *Jason W.*

- ! He is very loyal to his friends and family. He has helped a number of younger people in prison make initial contact with their parents....Michael's reading material that we send him is amazing. Many of the books are based on meditation, the brain, and personal development. He has so many now that he's donated a large number to the prison library.
  *Sharon A.*

- ! Mike treated me like a younger brother and was always a safe, positive person to be around. In the time I lived at Mikes's, he taught me that respect, work ethic, and family are very important to him–values I proudly stand by as an adult now....Mike is a smart, kind, caring, and respectful man, and he was a very positive role model in my life, When I heard the news, I was very shocked and confused. I believe Mike is remorseful and sorry....
  *Alex V.*

- ! As a brother, he has always been protective of me. When I was younger, he stood up for me against my father, who could be abusive–mostly to Michael. I think, in part, I didn't have it as bad as he did because he would protect me....Michael has always looked out for me, my husband, and my son, helping us whenever we needed it....My son has ADHD, and Mike would always give us advice on things we could do to help ease symptoms, such as a different diet, etc. He would always talk to my son, giving him advice on how to cope when school was hard. He was

> so encouraging–it made a huge difference to Dylan as he struggled through school.
> 
> *Rachel P.*

> ! I have known Mike for over 20 years....Throughout this time, I have always known Mike to be an intelligent, thoughtful, and a dependable individual with a calm demeanor and a respectful attitude toward others....Mike has demonstrated consistent integrity and support in our relationship. During a particularly difficult chapter in my life—while I was navigating a custody battle following my first marriage—Mike was someone I could rely on. I trusted him completely to look after my young children during important appointments, and he always interacted with them in a warm, responsible, and kind-hearted manner.
>
> *Richard C.*

The above comments show Mr. Pratt's character, one that dovetails with his efforts to protect GDP models from being doxed, as discussed above. Like everyone, Michael Pratt is a multi-faceted individual. For all the bad he did with GDP, we endeavored to show this Court the good in Michael Pratt.

Before making our sentencing recommendation, we consider the sentences this Court has imposed on Mr. Pratt's co-defendants:

**Theodore GYI** was a videographer for Girls Do Porn. GYI was sentenced to **48 months (4 years)** in custody.

**Matthew Wolfe** was a videographer for GDP. According to Probation, Wolfe forced himself on a model after a video shoot, raping her. (PSR ¶41.) On another occasion, after filming a model, Wolfe took her into a bedroom, closed the door, indicated he "had a thing" for Asian women and sexually assaulted her with sex toys for an hour. (PSR ¶45.) Wolfe was sentenced to **168 months (14 years)**.

**Andre Garcia** was the male model and recruiter of models. According to Probation, Garcia physically raped a number of the models before and after the video shoots, and multiple women were forced to continue having sex with him on video despite their pleas to stop due to pain or because the sex went beyond

the scope of what they had agreed to do. (PSR ¶12, though as noted undersigned counsel did not find any videos where you could see such conduct). In addition to committing actual physical rape, Garcia also fraudulently misrepresented to models that the videos would not be posted on the internet. Garcia was sentenced to **240 months (20 years).**

Girls Do Porn was Mr. Pratt's business. He was the leader. Based on that fact alone, one could conclude that he should receive the longest sentence of all defendants. But when one considers the allegations that both Wolfe and Garcia physically raped or sexually assaulted numerous women, whereas Mr. Pratt did not, one could reasonably argue that Mr. Pratt should receive a sentence less than Garcia, who by all accounts raped multiple women.

In negotiating the Plea Agreement, Mr. Pratt agreed that he would recommend a sentenced to no less than **210 months (17.5 years)**, as his sentence should be greater than the **168 month (14 year)** sentence Wolfe received because it was his business; Wolfe came in later, and was primarily a cameraman. The tougher question is whether Mr. Pratt's sentence should exceed that of the **240 month (20 year)** sentence Garcia received. Garcia had "extracurricular" unwanted sex with multiple women. He was a rapist. Mr. Pratt had no involvement in Garcia's sexual activities with the models before or after filming, nor did he condone it. When he received some complaints about Garcia's behavior, Mr. Pratt took precautions to ensure the safety of the models, including setting up nanny video cameras, securing hotel incidental refrigerators, and ensuring everyone left the hotel as a group.

Mr. Pratt has no prior criminal history. He is a citizen of New Zealand and ICE has lodged a detainer against him. Unlike Garcia, Mr. Pratt will be deported upon the completion of his sentence, never to set foot on U.S. soil again.

///

///

## SENTENCED REQUESTED

As the United States Supreme Court has emphasized, a sentencing court must "consider every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and the punishment to ensure." *Pepper v. United States*, 131 S.Ct. 1229, 1240 (2011). In other words, "the punishment should fit the offender and not merely the crime." *Id.* Federal statutes and the Sentencing Guidelines align with the Supreme Court, allowing the sentencing court to consider, without limitation, any "information concerning the [defendant's] background, character, and conduct." 18 U.S.C. §3661; U.S.S.G. §1B1.4.

Considering the totality of the information presented to this Court about Michael Pratt's background, character, and conduct, he suggests his sentence should be magnified as to Wolfe, but mitigated as to Garcia. Mr. Pratt therefore requests a Guidelines custodial sentence of **210 months (17.5) years**. Such a sentence will fit both Michael Pratt and this crime.

Respectfully submitted,

Dated: September 1, 2025

/s/ Brian J. White
BRIAN J. WHITE, Attorney for
MICHAEL JAMES PRATT