EXHIBIT A

Search | Topics | Report a Demand | Blog | About
Research



Search all notices...   Go

# DMCA (Copyright) Complaint to Google

**SENDER**
BLL MEDIA HOLDINGS
[Private]
, , , US
Sent on August 22, 2015

**RECIPIENT**
Google Inc.
[Private]
Mountain View, CA, 94043, US
Received on August 22, 2015

**SUBMITTER**
Google Inc.

OTHER ENTITIES:   SUBMITTER

## Re: Unknown
SENT VIA: UNKNOWN

NOTICE TYPE:   DMCA

### Copyright claim #1

KIND OF WORK:   Unspecified

DESCRIPTION   Website is using our images/video and also posting real names to our models, ie compromising their identity's we ask you remove this site from google

ORIGINAL URLS:   01. http://www.girlsdoporn.com

ALLEGEDLY INFRINGING URLS:   01. http://www.pornwikileaks.com/forum/main-porn-news-porn-talk-porn-leaks-porn-gossip/117114-girlsdoporn-3.html