# EXHIBIT B

Search     Topics     Report a Demand     Blog     About Research



 Search all notices...     Go

# DMCA (Copyright) Complaint to Google

**SENDER**
BLL MEDIA HOLDINGS
[Private]
, , , US
Sent on September 07, 2015

**RECIPIENT**
Google Inc.
[Private]
Mountain View, CA, 94043, US
Received on September 07, 2015

**SUBMITTER**
Google Inc.

OTHER ENTITIES:    SUBMITTER

## Re: Unknown
SENT VIA: UNKNOWN

NOTICE TYPE:    DMCA

## Copyright claim #1

KIND OF WORK:    Unspecified

DESCRIPTION    Website is posting pirated content from our website and exposing our models real names. This is the third DMCA we have filed against this website.

ORIGINAL URLS:    01. http://www.girlsdoporn.com

ALLEGEDLY INFRINGING URLS:    01. http://www.pornwikileaks.com/forum/girlsdoporn-com-gdp-girls-do-porn-exposed-real-names-personal-family-info/

D-001707

EXH. 1215.1