EXHIBIT C

DMCA (Copyright) Complaint to Google :: Notices :: Lumen                                          https://lumendatabase.org/notices/11220453



                                                                                    Go

## DMCA (Copyright) Complaint to Google

| SENDER | RECIPIENT | SUBMITTER |
|---|---|---|
| **BLL MEDIA HOLDINGS** | **Google Inc.** | **Google Inc.** |
| [Private] | [Private] | |
| , , , US | Mountain View, CA, 94043, US | |
| Sent on September 19, 2015 | Received on September 19, 2015 | |

OTHER ENTITIES:   SUBMITTER

### Re: Unknown
SENT VIA: UNKNOWN

NOTICE TYPE:     DMCA

### Copyright claim #1

KIND OF WORK:     Unspecified

DESCRIPTION     Stolen content as well as publicly releasing our models names and personal information. This is the 5th dmca we have submitted against this website As you will see below website is also trying to use random keywords to manipulate search results and get around google dmca.

ORIGINAL URLS:     01. http://www.girlsdoporn.com

ALLEGEDLY INFRINGING     01. http://www.pornwikileaks.com/forum/girlsdoporn-com-gdp-girls-do-porn-exposed-real-names-personal-family-info/559817-e321-jes

1 of 3

10/13/17, 1:45 PM

D-001711

EXH. 1216.1