EXHIBIT D



## Girls Do Porn GDP only warning!

TOPICS:   GDP   Girls Do Porn   Girls Do Porn GDP Only Warning!   Only Warning!



POSTED BY: PORN WIKI LEAKS · SEPTEMBER 22, 2015

File one more fraudulent DMCA against us and OUR MEMBERS will throw a shit storm of your video content everywhere. See these people keep repeatedly filing false fraudulent DMCA notices for content that is protected under the fair use act and or content that does not belong to them such as a models real name or a small photo and making us report them each time.

how would you like girlsdopornfreevideos.com with all your full videos on it hosted overseas with rotating urls? FUCK WITH US WE DARE YOU!

BACK OFF OR ELSE YOU WILL GET THE PWL HORNS THIS IS YOUR ONLY WARNING!



< Previous post    Next post >

SEARCH

**ADULT INDUSTRY TRUTH TELLING NEWS AND FORUM SITES**





**RECENT POSTS**

New wiki on tap for Monica Foster?
Monica Foster's "Directors want me to work for them badly" lie
Mentally Sick Stalker loser scumbag failure Monica Foster aka Alexandra Mayers just too dumb to get it
Meggan Mallone vs Monica Foster: It's a TKO for Mallone!
We don't want to write about Monica Foster anymore...but we will

**ARCHIVES**

October 2017
September 2017
August 2017
July 2017
June 2017
May 2017
April 2017
March 2017
February 2017
January 2017
December 2016
November 2016
October 2016
September 2016

D-007838

EXH. 4153