EXHIBIT E

# Girls Do Porn GDP Owner is a Fucking Stupid Moron








POSTED BY: PORN WIKI LEAKS   OCTOBER 26, 2015

We warned these stupid assholes to stop wasting time filing fraudulent DMCA notices but they keep doing it and we keep winning. As we tell google every time they submit one we are protected under News reporting and DMCA doesn't apply and guess who even agrees with us? That's right guys GOOGLE AND ITS LAWYERS!

"Hello,

At this time, Google has decided not to take action based on our policies concerning content removal and reinstatement in regard to the URLs below:

http://www.pornwikileaks.com/forum/girlsdoporn-com-gdp-girls-do-porn-exposed-real-names-personal-family-info/

Regards,
The Google Team"

Anyways here is a list of other whores and threads that these stupid fags just submitted under a false fraudulent DMCA and we just filed counter claims on and now need wikis and post in more places since these stupid faggots like to keep kicking themselves.
You fags sure like it up the ass dont you?

## Recent Posts

New wiki on tap fo...
Monica Foster's "D...
them badly" lie
Mentally Sick Stalk...
Foster aka Alexand...
Meggan Mallone vs
Mallone!
We don't want to w...
anymore...but we v...

## Archives

October 2017
September 2017
August 2017
July 2017
June 2017
May 2017
April 2017