EXHIBIT F

June 30, 2025

Each morning I wake up with the shame, guilt and embarrassment of the crime I committed. I take full responsibility for all actions of myself and employees. If I could turn back time and change things I would.

From the age of sixteen I have been involved in this business, the adult industry to be specific. Growing up with this being my only employment ever, I guess pornography was just normal to me. It was there, it wasn't illegal, and it was accessible.

Three years of prison has given me enough time to think about this entire situation. Trying to understand things from other points of view has given me insight into how some victims were really affected by these videos. I put myself in the shoes of the women who participated, trying to see what they have gone through. I myself have been a victim of bullying and know how rough that is on the psyche. I cannot imagine the trauma experienced by a video being published where friends and family could come across it.

Each day incarcerated I take time out to try and see how my actions could be wrong or off track and correct the behavior and look for potential mistakes that could lead to criminal activity or hurting others. I realize it is my job to use this time in here wisely to rehabilitate myself, as I work toward the changes necessary to make the situation correct for everyone involved. My hope is all the victims and their families can put there experience with me in the past and that they can feel a sense of closure and healing.

Sincerely,

Michael Pratt