EXHIBIT G



Western Region Detention Facility
220 West C Street
San Diego, CA  92101
www.geogroup.com

July 7, 2025

Detainee Pratt, Michael  (05210511),

We appreciate the donation of the books that you have made to the Geo WRDF Library. We will use your donation to expand our literature options in the facility's library.
Thank you.

Sincerely,

F. H. Barton
Librarian



**GEO Secure Services™**
Western Region Detention Facility
220 West C Street
San Diego, CA  92101

Tel: 619 232-9221
Fax: 619 232-9224
www.geogroup.com

July 29, 2025

To whom it may concern,

As of 06/30/2025 Detainee PRATT, MICHAEL (USMS #05210511) has completed a voluntary 10-week Anger Management Course provided by GEO secure services. Please note that this course is not court approved nor certifiable.

Sincerely,

A. Garcia-Lafaele, Recreation Specialist



## WESTERN REGION DETENTION FACILITY
## WORK PERFORMANCE EVALUATION

DATE: 5/19/2025

| Department/Job Title: SECURITY Food Service On-Call 1900-0300 | | Hire Date: | 04/16/2025 |
|---|---|---|---|
| Name: PRATT, MICHAEL (7B717-10) | | I.D.#: | 05210511 |

| | Excellent | Good | Average/Fair | Needs Improvement | Unacceptable |
|---|---|---|---|---|---|
| 1. Attitude: Displays positive attitude toward job, supervisor and co-workers. | Comments: ✓ | Comments: | Comments: | Comments: | Comments: |
| 2. Quality of Work: Demonstrates diligence and thoroughness in performing assigned tasks. | ✓ | | | | |
| 3. Dependability: Works harmoniously and effectively. Gets along well with others. | ✓ | | | | |
| 4. Productivity: Constantly produces as expected. | ✓ | | | | |

General Comments/Competencies Acquired:

Good worker.

FLOOR/WORK SUPERVISOR SIGNATURE: _Ipandiso_

COUNSELOR SIGNATURE: _____ J. DelRio

DETAINEE SIGNATURE: _____

Revised 06/18/2021

Work Programs - 40



Secure Services™

### WESTERN REGION DETENTION FACILITY
## WORK PERFORMANCE EVALUATION

DATE: 4/15/2025

| Department/Job Title: | SECURITY HUnit ORDERLY 0530-1400 M-TH | Hire Date: | 03/10/2025 |
|---|---|---|---|
| Name: | PRATT, MICHAEL (7B717-10) | I.D.#: | 05210511 |

| | Excellent | Good | Average/Fair | Needs Improvement | Unacceptable |
|---|---|---|---|---|---|
| 1. Attitude: Displays positive attitude toward job, supervisor and co-workers. | Comments: ✓ | Comments: | Comments: | Comments: | Comments: |
| 2. Quality of Work: Demonstrates diligence and thoroughness in performing assigned tasks. | ✓ | | | | |
| 3. Dependability: Works harmoniously and effectively. Gets along well with others. | ✓ | | | | |
| 4. Productivity: Constantly produces as expected. | ✓ | | | | |

General Comments/Competencies Acquired:
(prior)          (current)
Detainee Pratt is an excellent Housing and Kitchen Worker

FLOOR/WORK SUPERVISOR SIGNATURE:

COUNSELOR SIGNATURE: J. Delilo

DETAINEE SIGNATURE:

Revised 06/18/2021

# M E M O R A N D U M



Secure Services™

DATE:     April 15, 2025

Western Region Detention Facility
220 West C Street
San Diego, CA 92101

www.geogroup.com

TO:         PRATT, MICHAEL
USMS/ID:    05210511
HOUSING:    7B717-10

From:     A.CASTELLON
          DETAINEE PAYROLL CLERK

RE:     JOB PROMOTION

I am pleased to inform you that your positive job evaluations and hard work have not gone unnoticed.  You have been selected for promotion to the following position:

☐ LAUNDRY (3ᴿᴰ FLOOR ONLY)              ☐ LIBRARY
☐ HOUSING UNIT ORDERLY                  ☐ FACILITY SANITATION
☒ FOOD SERVICE (7ᵀᴴ FLOOR ONLY)         ☐ RECREATION/ OTHER

Your new schedule, should you choose to accept it, will be in effect 04/16/2025
              Food Service On-Call 1900-0300

Please notify us of your decision by checking the appropriate box and signing below.  Return the completed form to your counselor via detainee request box.

☐ I accept the promotion and schedule change.  Thank you for your consideration.

☐ I choose to keep my current schedule and respectfully decline the promotion.

_____           _____
Detainee Signature                        Date



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Spanish Language

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 23, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Introduction to Artificial Intelligence

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 13, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Job Seeking with a Criminal Record

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 21, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS12A - Sauces Overview

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 15, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS24 - Plating

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 15, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Gabriela Cámara Teaches Mexican Cooking

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 09, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



BUILDING BETTER LIVES

# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Mashama Bailey Teaches Southern Cooking

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 11, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ServSafe Food and Alcohol Safety Exams

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 05, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS13 - Emulsions

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 15, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS09 - Culinary Knife Skills

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 16, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS10 - Stocks

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 16, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS18 - Rubbed-Dough Method

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS25 - Egg Cookery

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 16, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS16 - The Creaming Method

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 16, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

ECS03 - Equipment Identification Tools and Equipment

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS11 - Thickening Agents

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS08 - Culinary Knife 101

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS12B - Mother Sauces

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 18, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



BUILDING BETTER LIVES

# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS07 - Equipment Identification - Refrigeration

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 19, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



BUILDING BETTER LIVES

edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

ECS06 - Equipment Identification - Ranges and Ovens

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 19, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

ECS04 - Equipment Identification - Grinding, Slicing, Mixing and Pureeing

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 21, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

ECS05 - Equipment Identification - Fryers, Grills & Griddles Section

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 21, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS23 - Cooking Methods

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 21, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS31 - Coffee and Tea

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS32 - Steps of Service

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS22 - Vegetable Cookery

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS21 - Potato Cookery

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS14 - Soups

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 23, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS20 - Pasta

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 23, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS19 - Rice Cookery

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 23, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



BUILDING BETTER LIVES

# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS15 - Tempering Techniques

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ECS17 - The Foaming Method

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## HTML Essential Training

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 02, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Howard Schultz Business Leadership

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 04, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

Neil deGrasse Tyson Teaches Scientific Thinking and Communication

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 24, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Meditation with The Phoenix

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 05, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Marketing Strategy: SEO Content Writing

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 06, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

Living Out Your Identity in Christ in a Sexualize Culture

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 18, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Malcolm Gladwell Teaches Writing

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 27, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## SEO: Keyword Strategy

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## MICHAEL PRATT

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Changin' Your Game Plan: The Blueprint to Success During and After Incarceration

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## God Connects

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 03, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

Grow with Google: Understand Your Digital Footprint

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 30, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Effective Writing Skills (Genesis Bible Institute)

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 20, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Overcoming Addiction (Genesis Bible Institute)

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 03, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

Creating a Reentry Success Plan (Genesis Bible Institute)

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 04, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Career Exploration: Hospitality and Tourism

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 05, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Forgiving and Being Forgiven

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## TYRO: Breaking The Cycles of Self Destruction

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 06, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Digital Marketing Foundations

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 06, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

How To Excel At A Job Interview (Genesis Bible Institute)

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Nurturing Your Faith: Forgiveness

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 25, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

The Power of Prayer and Fasting (Genesis Bible Institute)

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 10, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

CEO of Your Life Part 7: The Importance of Accountability

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 03, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

Human Trafficking in the United States: The Truth and What You Can Do About It*

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 06, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Ron Finley Teaches Gardening

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 07, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

Critical Thinking for Better Judgment and Decision-Making

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 09, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Prison Alliance: Who Is God

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 15, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Social Media Marketing Foundations

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 12, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Ask Ramit - Career and Personal Finance Advice

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 13, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

Social Media Marketing Strategy: TikTok and Instagram Reels

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 15, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Augmented Reality Marketing

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 15, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Marketing on Facebook

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 15, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Marketing on LinkedIn

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 16, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Social Media Marketing: Strategy and Optimization

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 18, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Issa Rae Teaches Creating Outside the Lines

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Media Relations Foundations

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 18, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

#18-God Helps Me Manage My Anger-WELS-Prison Ministry

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 03, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Doing Time With Jesus

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 26, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Learn Your Strengths from Shining Light

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 27, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## ART - Aggression Replacement Therapy

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 30, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Apply Your Strengths from Shining Light

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 31, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Donna Farhi Teaches Yoga Foundations

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 08, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## God is There

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 12, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Unconscious Bias

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 15, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Houses of Healing: The Basics

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 15, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Navigating Conflict

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 19, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

MasterMind Course: Earning Freedom by Michael Santos

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 02, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Embracing Unexpected Change

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 16, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Developing Your Emotional Intelligence

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Penn & Teller: Teach the Art of Magic

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 24, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Building Resilience

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 19, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Preparing for Success After Prison (PSAP) Program

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 29, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## CEO of Your Life Part 3: Homeless to CEO Success

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 29, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Rewired Program

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 30, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Creating a Communications Strategy

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 01, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## H.O.P.E. (Hone In Oppressed Potential to Evolve)

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 08, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Writing in Plain Language

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 07, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Why Trust Matters with Rachel Botsman

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 04, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Tips for Better Business Writing

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 07, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Michael G. Santos: Straight-A Guide

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 20, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



BUILDING BETTER LIVES

edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## One Step Away

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 11, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Teamwork Foundations

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 11, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

Mossimo Giannulli: Personal Leadership Part 1: Define Success with Values

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 13, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Effective Listening

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

July 24, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## MICHAEL PRATT

FOR SUCCESSFUL COMPLETION OF

## Introduction to the 2nd Opportunity Programs

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

August 04, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.