EXHIBIT H

July 29, 2025

Your Honor:

I met Michael about 15 years ago, right before my child was born. He was a friend from Australia, full of dreams and determination, who came to New York with a vision to start his own business in a field not many would dare to enter — adult entertainment. I met him through a mutual friend while living in the Bronx, and right away, there was something real about Michael — genuine, kind, and focused.

When he first arrived, he didn't know much about the city. He was figuring it out as he went — getting familiar with New York while working to build his dream. Unfortunately, the friend who gave him a place to stay turned out to be far from trustworthy. Michael started noticing money missing from his wallet, little by little. He shared it with me a few times, until eventually, it became too much. He packed up and found his own place in New Jersey. That's when the hustle truly began.

At the time, I was also trying to make ends meet, so I helped him however I could — driving him around, helping him look for equipment, being there. And Michael always made sure I was okay. He'd toss me a little extra cash, treat me to meals — whatever he could do. That's just who he was. We looked out for each other. No keeping score, just real friendship.

I introduced him to some of my people, and everyone loved him. There was something refreshing about having an Aussie friend — none of us had ever experienced that. He was quiet, stuck to himself unless he really trusted you, but when he did — you saw the loyalty, the honesty, the care.

In all the time I knew Michael, we never had a single argument. No drama. No bad moments. Just mutual respect and support. And that's what makes this hard to put into words. Sometimes, short friendships leave long-lasting marks. Some people come into your life briefly, but their presence stays with you forever.

To this day, I've never changed my number — just in case he ever calls. Just in case he needs a friend. Because I'm still here, Michael. That's what real loyalty looks like. That's what real friendship feels like.

Even when he moved out to California and started expanding his business, he asked me to be a part of it. That meant something. It showed the trust we had built in such a short time.

I just want people to know — Michael isn't what some may assume. He's a human being. A friend. A hard worker. Someone who built something for himself from the ground up, in a place far from home.

Sincerely,

Charlie C█

August 11, 2025

Dear Judge:

My name is Dylan and Mike Pratt is my uncle. I've known him my whole life. He's always mad the effort to spend time with me; once he bought be an Xbox just so that I could game and spend time with him.

He's the best uncle I could ever ask for; always caring and kind. He helped me with my ADHD, anxiety and depression. Giving me tips on how to cope with them and activities to do what would help me.

Regards,

Dylan W[redacted]

August 11, 2025

Dear Judge

My name is Fredrick J[REDACTED] and I had the privilege of working for Michael Pratt for a little over a year. I first met Mr. Pratt during a time when I was struggling financially. Although I was not fully qualified for the position I applied for, I explained my situation to him, and he chose to give me a chance. That act alone spoke volumes about his compassion and willingness to help others in need.

During my time working for Mr. Pratt, I witnessed his generosity and kindness on many occasions. He often helped colleagues who were going through financial hardships. On a personal note, when he learned that my dog required surgery—a cost I could not afford—he stepped in without hesitation to ensure my dog received the care she needed. His actions reflected not only generosity but genuine care for the well-being of those around him.

Thank you for taking the time to read my letter and allowing me to share my experiences.

Respectfully,

Fredrick J[REDACTED]

**Character reference for Michael Pratt.**

Hello, my name is Shane ▮▮▮ i live at ▮▮▮

I met Michael Pratt around 2010, when I first moved to Christchurch, through a mutual friend. I didn't know many people in Christchurch and was happy that Michael took me under his wing, and gave me somebody to hang out with, as well as introduce me to other people.

I consider Michael to be a good guy and a friend of mine. I found him friendly and trustworthy.

When Michael moved to America I lost contact with him, and when I heard the news, I was very shocked! At first thought he must be another Michael, I would of never even thought he would be doing anything illegal specifically, the type of stuff that he was being charged with.

Why he would do that I do not know. I'm sure Michael is extremely remorseful for his actions, and hope that the Judge takes this into account during sentencing.

Yours Sincerely

Shane A▮▮▮

*(signature)*

10/8/25

August 7, 2025

Your Honor:

Michael and I formed an instant bond soon after meeting each other because we both have a lot in common — cars, skateboarding, and looking out for the people we love. We became family and brothers. He has always been kind, loving, and respectful to my family and friends, as well as his own.

He is always there to help anyone. In New Zealand, one of my friends had no place to live, and Mike let him stay with him until he could get his life back on track. Mike has always been like that — always looking out for the people around him.

When Mike became an uncle to my son Dylan, he would always offer to help us out whenever and however we needed. He would babysit and play with Dylan for hours; they quickly formed an inseparable bond. Mike has been an amazing uncle to my son and has always cared for him — hanging out with him, playing games whenever he was free, and always calling to talk to him on the phone.

Mike has also formed great relationships with my two sisters and my father. I hope this letter gives you some insight into Michael's character. He is not a bad person.

Thank you for taking the time to read this letter.

Jason W█████

August 6, 2025

Your Honor:

I am Sharon, Michael's mother. Michael was always very shy, full of fun, energy, and mischievous—as only a child can be!

Mike's father, Steve Pratt, was not a good role model. He was a drinker and had a controlling personality. I caught Steve smacking Michael uncontrollably on a couple of occasions. I stopped it immediately.

However, it was only years later that my daughter and son explained the full extent of their father's physical abuse.

During Michael's teenage years, he spent a lot of time on the computer. It soon became obvious that Mike had a special talent for computer programming.

When he was in the fifth form at Christchurch Boys' High (an excellent school in Christchurch, NZ), I could see that his anxiety was a huge problem. It was then that his ADD was diagnosed. Ritalin was prescribed by a specialist at the time. However, after a while, he was reluctant to take it, as he felt it worsened his anxiety.

Studying for School Certificate was a mammoth task. His anxiety was so severe that he was terrified of failing and found it difficult to study. A visit to the doctor helped, and eventually he was able to study and pass—although I had to sit and study alongside him!

Michael's talent for computer programming was confirmed at Christchurch Polytechnic, where he went to study computer technology. A tutor explained to his father that Michael's computer knowledge was already so extensive that the course wasn't a suitable fit for him.

Soon after, at about the age of 18, Michael left home to flat. He and his friends still came to visit, although conversation wasn't always easy for Mike.

It wasn't until Michael was imprisoned that I feel I truly got to know my son.

He is very loyal to his friends and family. He has helped a number of younger people in prison make initial contact with their parents. He also has a very sick friend in New Zealand who has a brain tumor that Michael asked me to contact. Unfortunately, I have been unable to find him, as the parents have since moved.

Michael's reading material that we send him is amazing. Many of the books are based on meditation, the brain, and personal development. He has so many now that he's donated a large number to the prison library.

Mike wrote me a beautiful letter, telling me not to blame myself for his imprisonment. What mother wouldn't blame herself, finding their son in a situation like this? I would have photocopied the letter, but I am currently in Australia, struggling with the sudden death of my husband earlier this year.

Mike is not your typical prisoner. He keeps to himself and says it's obvious that some prisoners are not going to change. He has also said that, looking back over his life, he realizes he could have made better choices.

Michael struggles with his anxiety on a daily basis in prison. He is now a little more open with his emotions and is particularly worried about his sister, who has battled depression since her brother's imprisonment. Michael mentioned the other day that the medication Paxil saved his life. Perhaps so, but prison life remains a daily struggle.

The only way he copes with imprisonment is through meditation, reading, and calling his family. The chaplain has also been a great support.

Not a day goes by without tears, especially when we speak to him.

Imprisonment affects not only the prisoner but the entire family. It is completely and utterly devastating.

I truly believe that, given the chance, Mike will one day become a very clever and knowledgeable financier. He has helped me invest in cryptocurrency to support myself in my retirement years. Mike is currently compiling a booklet designed for beginner investors in cryptocurrency. He hopes to make it available to all prisoners, believing that investing can help them turn their lives around.

I hope this letter explains in full that imprisonment will only destroy Michael. He has already changed and simply wishes to return to New Zealand to begin a new and exciting future.

Sincerely,

S.A.

August 6, 2025

Your Honor:

I first met Michael when I was 17 years old (I'm now 40) through his younger sister, Rachael. Mike and I instantly clicked and became good friends for many years. During those years, he treated me with respect and helped me understand life.

Mike treated me like a younger brother and was always a safe, positive person to be around. In the time I lived at Mike's, he taught me that respect, work ethic, and family are very important to him—values I proudly stand by as an adult now.

Mike is a smart, kind, caring, and respectful man, and he was a very positive role model in my life. When I heard the news, I was very shocked and confused. I believe Mike is remorseful and sorry, and I don't believe he deserves to lose the rest of his life over wrongful choices made later on.

I miss having Mike around and would love for him to be a positive part of my children's lives—to teach them the same things he taught me.

I caught up with Mike the last time he was in New Zealand before his arrest, and I was very happy to see him again after losing contact when he moved to America. Mike was great with my then-young twin boys, and I kindly ask for a positive outcome in all he is going through now.

Kind regards,
Alex v█████

August 5, 2025

Your Honor:

Michael Pratt is my brother. I ask for your consideration when you sentence him, as he has always been a huge part of my life. As a brother, he has always been protective of me. When I was younger, he stood up for me against my father, who could be abusive—mostly to Michael. I think, in part, I didn't have it as bad as he did because he would protect me.

We played together as kids, him always involving me—even if I could be an annoying little sister! Later on in life, we shared friends, but we truly became a lot closer when I had my son. I'll never forget the look on Michael's face when he met my son Dylan for the first time. I could tell how much he loved him.

Michael has always looked out for me, my husband, and my son, helping us whenever we needed it. When he moved to Australia, I missed him a lot. He and my mother took it upon themselves to gift my family and me tickets to visit Australia for my 21st birthday. If it weren't for him, my son would not have experienced half the things he has.

Not living in the same country was hard for all of us, so he helped set us up when we moved to Australia. We would have a completely different life if it weren't for him. My son has had so many more opportunities than he would have had living in New Zealand.

When Michael moved to America, we always kept in touch over the phone, and he would play online PlayStation with my son, so their relationship stayed strong. My son has ADHD, and Mike would always give us advice on things we could do to help ease symptoms, such as a different diet, etc. He would always talk to my son, giving him advice on how to cope when school was hard. He was so encouraging—it made a huge difference to Dylan as he struggled through school.

We were devastated when we found out about the trouble Michael was in. It has hit my whole family very hard. I really hope you will consider everything I have said,

and that this letter gives you a better idea of the person he truly is. I cannot imagine not seeing my brother again until we are old. The sadness is overwhelming.

My son has now become a father, and it makes him so sad that his daughter won't meet her great-uncle in person.

Thank you for your consideration.
Rachael P█

July 23, 2025

Your Honor:

I am writing to offer my full support for Mike. I have known Mike since I was 17, and throughout the years, he has consistently demonstrated trustworthiness and reliability. He has always been there to lend a helping hand to family and friends alike.

Mike has always shown respect and consideration, never acting inappropriately towards me or my friends. In fact, when I was younger and out with friends, he always made sure I was safe and looked after. His support extended beyond personal relationships; he played a significant role in helping my brother Jason and his wife Rachel transition to Australia and even facilitated their holiday to America to visit him.

I firmly believe in Mike's character and his capacity for positive contributions. I hope this letter conveys my strong support for him.

Sincerely,

Penny B███

Richard C

11th July 2025

Letter of Support— Michael Pratt

To The Honourable Judge:

My name is Richard C          and I am writing this letter in support of Michael Pratt (Mike) as a character reference for consideration during his sentencing.

I have known Mike for over 20 years. He is the older brother of my cousin's wife and has long been a part of my extended family. Throughout this time, I have always known Mike to be an intelligent, thoughtful, and dependable individual with a calm demeanour and a respectful attitude toward others.

Mike has demonstrated consistent integrity and support in our relationship. During a particularly difficult chapter in my life—while I was navigating a custody battle following my first marriage— Mike was someone I could rely on. I trusted him completely to look after my young children during important appointments, and he always interacted with them in a warm, responsible, and kind-hearted manner.

In the early 2000s, Mike and I would catch up in Australia, where he was living at the time. I recall him helping his sister and my cousin transition to life there by providing them with a place to stay until they were able to find employment and secure their own accommodation. Their successful settlement in Australia was made possible, in large part, due to Mike's generosity and unwavering support.

When my wife and I travelled to the United States, Mike made the effort to visit us. He welcomed us graciously, spent time showing us around, and treated us with warmth and kindness. He has also visited us in New Zealand, staying with my family during those trips. At all times, I trusted Mike fully around my wife and children and never witnessed any behaviour that raised concern. He was, without exception, respectful, polite, and generous.

Family has always been deeply important to Mike. I know from conversations with his sister how difficult it has been for him to be separated from his loved ones, especially now that both of his parents are elderly. It would mean a great deal for him—and them—to be reunited during the later stages of their lives.

I am also aware, through his sister, that Mike has expressed genuine remorse for his actions and is committed to addressing the underlying personal issues that contributed to this situation. He has shown a sincere willingness to reflect, learn, and grow. I believe Mike is capable of making positive changes and of rebuilding his life in a constructive and meaningful way.

While I fully understand the gravity of the matter before the court, I respectfully ask that this letter be considered as a testament to Mike's better qualities—those of a caring family member, a loyal friend, and someone who has the capacity for redemption. I continue to believe that Mike is, at his core, a good person with a kind spirit and a valuable member of our extended family.

Please do not hesitate to contact me should you require any further information.

Sincerely,

Richard C██