| | |
|---|---|
| 1 | BRIAN J. WHITE  Bar No. 155198 |
| 2 | Attorney at Law |
|   | 4320 Iowa Street |
|   | San Diego, CA 92104 |
| 3 | Telephone: (619) 280-8022 |
|   | Facsimile: (619) 280-8023 |
| 4 | brian@bjwlaw.com |
| 5 | Attorney for Defendant, |
|   | MICHAEL JAMES PRATT |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 19CR4488-JLS |
| Plaintiff, | ) | |
|   | ) | **DEFENDANT'S SENTENCING SUMMARY CHART** |
| vs. | ) | |
| MICHAEL JAMES PRATT | ) | |
|   | ) | Date: 9/08/25 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | |

MICHAEL JAMES PRATT, by and through his attorney, Brian J. White, hereby files Defendant's Sentencing Summary Chart, regarding the above-referenced matter.

Respectfully Submitted,

DATE:    September 1, 2025    /S/ Brian J. White
BRIAN J. WHITE, Attorney for Defendant, MICHAEL JAMES PRATT

SENTENCING SUMMARY CHART
[ ■ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

USPO [ ☐ ]
AUSA [ ☐ ]
DEF [ ■ ]

Sentencing Date: 9/08/25 9 a.m.

Defendant's Name: MICHAEL JAMES PRATT        Docket No.: 19CR4488-JLS
Attorney's Name: Brian J. White              Phone No.: (619) 280-8022
Guideline Manual Used: November 2024         Agree with USPO Calcs. No

| | |
|---|---|
| Base Offense Level(s): USSG § 2G1.1 | 34 |
| Specific Offense Characteristics: USSG § 2G1.1, App. Note 6 More than 10 Victims | +3 |
| Adjusted Offense Level: USSG §3B1.1 Aggravating Role | +4 |
| | 41 |
| ☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim. | |
| Adjustment for Acceptance of Responsibility [■ Government Motion – USSG §3E1.1(b)] | -3 |
| Total Offense Level: | 38 |

Supervised Release Range (based on Total Offense Level): 5 to Life years
Fine Range (based on Total Offense Level): $ 50,000 to $ 250,000

Criminal History Score: 0
Criminal History Category: I

____ Career Offender       ____ Armed Career Criminal

Guideline Range:                                              from 235 mths
(Range limited by: ____ minimum mand.  ____ statutory maximum    to 293 mths

Departures:
N/A

Resulting Guideline Range: Adjusted Offense Level  38           from 235 mths
                                                                  to 293 mths

RECOMMENDATION: 210 Months