**DEBRA A. DiIORIO**
California Bar No. 138018
964 Fifth Avenue, Suite 214
San Diego, California  92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473

**_____  Retained  _XX_  Appointed**

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIAL JUDGE: JANIS L. SAMMARTINO | )Court Reporter: Stephanie Whitehead) |
| **UNITED STATES OF AMERICA**, | )  Criminal No. 25-CR-4488-JLS |
| (Appellee) Plaintiff | ) |
| vs. | )  **NOTICE OF APPEAL** (Criminal) |
| **MICHAEL JAMES PRATT**, | ) |
| (Appellant) Defendant. | ) |

Notice is hereby given that **MICHAEL JAMES PRATT**, defendant above-named, hereby appeals to the United States District Court for the Southern District of California from his sentence (324 months, counts 1 & 2, concurrent,10 years Supervised Release) entered on September 9, 2025 by the Honorable Judge, Janis L. Sammartino.

DATED: September 17, 2025                */s/ Debra A. DiIorio*_____
                                                          **DEBRA A. DiIORIO**
                                                          Attorney for Defendant

Transcripts Required _x_ Yes _____No  Date Ordered or to be ordered: n/a

Date   ( ) Complaint    (X ) Indictment    Filed: 02/11/2022(Superseding)

Bail Status: in custody

Will there be a request to expedite the appeal and set a schedule faster than that normally set?
___ Yes _X_ No

**If transcript required, transcript order form must be completed and court reporter contacted to make arrangements for transcription.