ADAM GORDON
United States Attorney
ALEXANDRA F. FOSTER
Washington, D.C. Bar No. 470096
Assistant United States Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-6735
Email: Alexandra.Foster@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL PRATT (1),<br><br>    Defendant. | Case No.: 19CR4488-JLS<br><br>**UNOPPOSED MOTION REGARDING RESTITUTION** |

Plaintiff, United States of America, by and through its counsel, Adam Gordon, United States Attorney, and Alexandra F. Foster, Assistant United States Attorney, hereby moves this Court for an order of restitution. This motion is unopposed.

**I.    STATEMENT OF THE CASE**

On February 11, 2022, a superseding indictment was filed against Michael PRATT on charges of sex trafficking women. On June 5, 2025, PRATT pled guilty to Counts One and Two of the superseding indictment charging him with conspiracy to commit sex trafficking by force, fraud or coercion, in violation of 18 U.S.C. Sec. 1594, and one substantive count of sex trafficking, in violation of 18 U.S.C. Sec. 1591. As part of the plea, PRATT agreed to pay restitution in an amount determined by the court, consistent with the restitution orders issued against his co-Defendants Matthew Wolfe and Ruben Andre Garcia.

On September 8, 2025, this Court sentenced PRATT and set a restitution hearing for November 7, 2025, which it continued at the parties' request to December 19, 2025.[1] On November 18, 2025, the Court vacated the restitution hearing date in its Criminal Forfeiture order. ECF 478.

## II.   FACTUAL BACKGROUD

The factual background is set out in PRATT's plea agreement (ECF 450), Pre-Sentence Report (ECF 452) and the Government's Sentencing Memo (ECF 456).

## III.   BASIS FOR RESTITUTION ORDER

Title 18, United States Code, Section 1593 provides that the Court shall order restitution for the "full amount of the victim's losses" for any offense under Chapter 77 of Title 18 of United States Code, which includes PRATT's counts of conviction, Sections 1591 and 1594. Section 1593(b)(3) provides that the term "full amount of the victim's losses" has the same meaning as provided in section 2259(c)(2) "plus the greater of the gross income or value to the defendant of the victim's services or labor or the value of the victim's labor as guaranteed under the Fair Labor Standards Act." 18 U.S.C. Sec. 1593(b)(3). The Government is seeking three types of restitution in this matter: first, the return of the rights to the victims' images and videos to the victims; second, restitution for the gross income as detailed in the statute; and third, restitution for the victims' specific losses.

Under the order (and consistent with the order that this Court issued against co-Defendant Garcia and Wolfe), PRATT agrees that he has no right to use, publish, or otherwise exploit GirlsDoPorn (GDP) or GirlsDoToys (GDT) images, likenesses, or

---

[1]   Section 3664(d)(5) provides that the Court shall set a date for a final determination of the victims' losses within 90 days after sentencing. The Supreme Court, however, has held that a sentencing court retains the power to order restitution, even after the expiration of the 90 days, where the court made clear prior to the deadline's expiration that it would be ordering restitution, leaving open only the amount. *Dolan v. United States*, 560 U.S. 605, 608 (2010).

videos. All purported model releases and other agreements between GDP and/or GDT and its models purporting to give GDP and/or GDT the right to use, publish, or otherwise exploit its models' images, likenesses, or videos are void and unenforceable. All transfers, licenses, or leases of the right to use, publish, or otherwise exploit the models' images, likenesses, or videos by GDP and/or GDT to any third parties are void. Each model listed in Attachment A (filed under seal) holds superior right, title, and interest in the images, likenesses, and videos depicting that model produced by GDP and/or GDT. And each model listed in Attachment A shall have and recover all property that GDP and/or GDT took from them, including images, likenesses, videos, and copyrights.

PRATT further agrees to pay restitution in the total amount of $75,129,939.71, which includes gross income and certain victims' specific losses.

## IV.    CONCLUSION

The Government requests that the Court enter the attached, unopposed restitution order.

DATED:    December 12, 2025

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/ Alexandra F. Foster*

ALEXANDRA F. FOSTER
Assistant United States Attorney
Attorneys for the United States