Pages 1-8

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(SAN DIEGO)

UNITED STATES OF AMERICA,           )   Case No.  19-cr-04488-JLS
                                     )
              Plaintiff,             )   San Diego, California
                                     )   Tuesday, March 19, 2024
       vs.                           )   Courtroom 2A
                                     )
MICHAEL JAMES PRATT,                 )
                                     )
              Defendant.             )
_____)

TRANSCRIPT OF ARRAIGNMENT ON SUPERSEDING INDICTMENT
AND INITIAL APPEARANCE
BEFORE THE HONORABLE DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:                  ALEXANDRA F. FOSTER, ESQ.
                                JOHN N. PARMLEY, ESQ.
                                United States Attorney's Office
                                Southern District of California
                                880 Front Street, Room 6293
                                San Diego, California 92101-8893
                                (619) 557-5610

For Defendant:                  NINA B. PAPACHRISTOU, ESQ.
(Specially Appearing)           Federal Defenders of San Diego, Inc.
                                225 Broadway, Suite 900
                                San Diego, California 92101
                                (619) 234-8467

Transcription Service:          Peggy Schuerger
                                Ad Hoc Reporting
                                2220 Otay Lakes Road, Suite 502-85
                                Chula Vista, California 91915
                                (619) 236-9325

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

2

--oOo--

THE CLERK:  Calling Matter 1, 19-cr-4488, USA v. Michael James Pratt.

MS. PAPACHRISTOU:  Good afternoon, Your Honor.  Nina Papachristou, Federal Defenders, on his behalf and all other matters.

THE COURT:  Thank you.  Good afternoon.

MR. PARMLEY:  Alexandra Foster and John Parmley for the United States.  Good afternoon.

THE COURT:  Thank you.  Good afternoon to you.  Mr. Pratt, are you present, sir?

MR. PRATT:  Yes.

THE COURT:  Good afternoon to you, Mr. Pratt.  You are appearing because the grand jury has returned a superseding indictment against you.  This is the time for your initial appearance.  I will advise you of the charges in the superseding indictment, your rights in connection with those charges.  I'll enter a not guilty plea on your behalf.  We'll discuss whether you need counsel appointed to represent you.  I'll give you your next court appearance.  And the final matter that we will address this afternoon is whether I can set bail or conditions of your release.

Starting with the charges in the superseding indictment, Counsel, do you have a copy of the superseding indictment?

MS. PAPACHRISTOU:  Yes, I do, Your Honor.

3

THE COURT:  There are 19 counts against you, Mr. Pratt. Count 1 charges you with Conspiracy to Commit Sex Trafficking by Force, Fraud and Coercion.

Counts 2 through 16 charge you with Sex Trafficking by Force, Fraud and Coercion.

Count 17 charges you with Production of Child Pornography.

Count 18 charges you with Sex Trafficking of a Minor and by Force, Fraud and Coercion.

Count 19 charges you with Conspiracy to Launder Monetary Instruments.

And with respect to each count, there are Criminal Forfeiture allegations as well.

Now, regarding your rights in connection with these charges, you have the right to remain silent.  Any statement you make can be used against you.

If you are not a United States citizen, you may request that a United States Attorney or a federal law enforcement officer advise your consulate of your arrest.  That may take place even if you don't request it.

Now, you also have the right to be represented by counsel at all proceedings before the Court.  And before we get to the issue of counsel, I am going to issue an order in this case pursuant to Federal Rule of Criminal Procedure 5(f) ordering the United States to produce all exculpatory evidence to Mr. Pratt

4

pursuant to *Brady v. Maryland* and its progeny.  Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.  I will enter a written order to this effect in the docket in this case.

Now, turning to the issue of counsel, are you seeking appointed counsel for Mr. Pratt?

MS. PAPACHRISTOU:  Yes, Your Honor.  And I would make a proffer if the Court would allow.

THE COURT:  What I'll do at this time is I will provisionally appoint counsel and request that Mr. Pratt submit a financial affidavit no later than the date of the preliminary hearing.

And United States, is there a conflict list that I need to --

MR. PARMLEY:  It has been provided to your clerk.

THE COURT:  Okay.  I'll see if I can find that.

MR. PARMLEY:  I've got another copy available, Your Honor, if you need it.

THE COURT:  Ah.

(Pause.)

MR. PARMLEY: And just for Your Honor's information, the names at the top of the list are individuals who contacted us with potentially representing Mr. Pratt but, to my knowledge, they're not representing him at this time -- meaning Mr. Babcock, Mr.

5

Riley (ph), and Mr. Tamayo.

THE COURT:  I'm sorry.  Say it one more time.

MR. PARMLEY:  Meaning Mr. Babcock, Mr. Riley, and Mr. Tamayo at the top of the list.  These are individuals who contacted our office with the possibility of representing Mr. Pratt but have not -- to our knowledge are not representing him at this time.

THE COURT:  All right.  I don't see any of those names on the list that I have.  Oh, I do see them.  Okay.

MR. PARMLEY:  Okay.

THE COURT:  Is the -- are these individuals then that have been contacted possibly to be retained on behalf of Mr. Pratt?

MR. PARMLEY:  Correct.

(Pause.)

THE COURT:  Well, Federal Defenders is next on my list. I don't see any conflict with Federal Defenders.  Am I missing something?

MR. PARMLEY:  Yes, Your Honor.  They represented Defendant Number 4.

THE COURT:  Paul Barr is representing him.

MR. PARMLEY:  Yes.

THE COURT:  All right.  So let's go down then to -- next on the list that I have is Brian White.  I don't see him on the list.

MR. PARMLEY:  He's not on the list, Your Honor.

THE COURT:  I will provisionally appoint Brian White to represent Mr. Pratt.  And, Mr. Pratt, you're soon going to receive a business card with the name of Mr. White on it and his phone number.  He'll be attempting to contact you shortly to arrange a meeting with you.

In the meantime, when you have access to a phone, you can reach him at that number.  We'll be letting Mr. White know this afternoon that he is provisionally appointed to represent you.

And I did mention that Mr. Pratt is to submit a financial affidavit before the preliminary hearing.  Because this is an indictment, there is no preliminary hearing.  But I am giving Mr. Pratt his next court date for a motion and -- motion hearing and trial setting before Judge Sammartino.  That will take place on April 19th at 1:30 before Judge Sammartino.  You're ordered to appear at that time.  And I will also order that Mr. Pratt submit a financial affidavit no later than April 19th at 1:30.

To the extent that I haven't already done so, Counsel, I assume you would like me to enter a not guilty plea to all charges in the superseding indictment on behalf of Mr. Pratt?

MS. PAPACHRISTOU:  Yes, Your Honor.

THE COURT:  I will do so.  And the docket will so reflect.  The final matter that we're going to address this

7

afternoon is conditions of release.  Mr. Pratt, you do have the right to bail.  Is the United States seeking detention?

MR. PARMLEY:  Yes, Your Honor.  We're moving for detention on the grounds of both risk of flight and danger to the community.  We're asking for three days and the opportunity to speak to his counsel, so whatever the Court's most readily-available hearing, we'd appreciate it.

THE COURT:  All right.  I have a calendar not three days from now -- two days from now -- on Thursday afternoon.  Is that too soon?

MR. PARMLEY:  That's fine.

THE COURT:  I will set the detention hearing for Mr. Pratt for this Thursday, March 21st, at three o'clock.  That would be before me.  You're ordered to appear at that time.  The hearing will take place next door in Courtroom 2B.

Mr. Parmley, anything else this afternoon for the United States?

MR. PARMLEY:  I don't believe so, Your Honor.  Thank you.

THE COURT:  And on behalf of Mr. Pratt, anything else?

MS. PAPACHRISTOU:  No, Your Honor.  Thank you.

THE COURT:  That's all for this afternoon, Mr. Pratt. I'll see you Thursday at three o'clock.

//

//

8

(Proceedings adjourned at 1:40 p.m.)

I, Peggy Schuerger, certify that the foregoing is a correct transcript from the official electronic sound recording provided to me of the proceedings in the above-entitled matter.


_____/S/ Peggy Schuerger_____          _February 14, 2026_____
Signature of Approved Transcriber           Date

Peggy Schuerger_____
*Ad Hoc Reporting*
Approved Transcription Provider
for the U.S. District Court,
Southern District of California