UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

_____
                                 )
UNITED STATES OF AMERICA,         )
                                  ) Case No. 19-CR-04488-JLS
                     Plaintiff,  )
                                  ) Friday, January 17, 2025
v.                                )
                                  ) Status Hearing
MICHAEL JAMES PRATT,              )
                                  )
                     Defendant.  )
_____)


BEFORE THE HONORABLE JANIS L. SAMMARTINO

UNITED STATES DISTRICT JUDGE


REPORTER'S TRANSCRIPT OF PROCEEDINGS

PAGES 1 THROUGH 5


APPEARANCES:

    For Plaintiff:   UNITED STATES ATTORNEY'S OFFICE
                     880 Front Street, Suite 6293
                     San Diego, California  92101-8807
                     BY:  ALEXANDRA FOSTER, AUSA
                     BY:  JOHN PARMLEY, AUSA

    For Defendant:   LAW OFFICE OF BRIAN J. WHITE
                     4320 Iowa Street
                     San Diego, California  92104
                     BY:  BRIAN J. WHITE, ESQ.


Reported By:  Stephanie Whitehead, RDR, CRR, CRC, CVR, CSR
District Court Clerk's Office
333 West Broadway, Suite 420, San Diego, California  92101

*(Reported stenographically; transcribed via computer)*

<u>FRIDAY, JANUARY 17, 2025; 1:44 P.M.</u>

\*          \*          \*

*THE CLERK:*  Matter number 11, 19-CR-4488, United States of America v. Michael James Pratt for status hearing.

*MR. WHITE:*  Good afternoon, your Honor.  Brian White on behalf of Mr. Pratt.

*THE COURT:*  Good afternoon, Mr. White.

*MS. FOSTER:*  Alexandra Foster and John Parmley for the United States.

*MR. PARMLEY:*  Good afternoon.

*THE COURT:*  Good afternoon to both of you.

*MR. WHITE:*  Your Honor, Mr. Pratt's present.

*THE COURT:*  Okay.  Mr. White, why don't you tell me the status of things.

*MR. WHITE:*  Your Honor, the upshot is that we're going to ask for another status, maybe in the early part or mid part of May.  We have been -- my expert -- computer expert's been dealing with the FBI agent.  There's been a couple little hiccups and some delays, but I think we're getting those ironed out.  And so we're making some progress, but I think it would be beneficial to have another status.  I know we have a trial date set for the fall.

*THE COURT:*  That's one thing I was going to ask

everybody about.  I'm holding some very desirable dates, which is basically the month of September, for you, for this case.

MR. WHITE:  Yes.  And I've told counsel I don't -- if we proceed to trial, I'm thinking that it's probably unlikely that I'm going to be ready to go in September.  So I know -- I think everybody involved would like a decision one way or the other as soon as possible, and I know the Court is holding that date open.  So I don't want the Court to continue to hold it open if it's going to be clear that we're not going to be ready to go then.

THE COURT:  But you don't know that today?

MR. WHITE:  I don't know that today.

THE COURT:  Okay.

MR. WHITE:  And I'm suggesting the end of -- or some part in May because -- only because I'm out of the country for the month of March, so it will give me a little bit of time to get back and figure out where we are.  So maybe early May, something like that.  Whatever the Court thinks would be appropriate.  We're pretty open at that point, I think.

THE COURT:  Okay.  Thank you.

Let me hear from the Government.

MS. FOSTER:  Your Honor, I think between

Mr. Parmley and I, we're available whenever the Court and Mr. White are available for a status hearing.  I understand the request, and I think we've been playing nicely in terms of discovery so I think that we should be -- we're ready whenever the Court is ready to handle this matter.

THE COURT:  Okay.  Thank you.

Well, we'll set another status.  Put it in the first part of May, wherever we can do that, Adrianna.

THE CLERK:  Status hearing is set for May 2nd, at 1:30 p.m.

THE COURT:  Would you agree, Mr. White, that time is excluded?

MR. WHITE:  Yes, your Honor, I do.

THE COURT:  Okay.  May the 2nd for further status in this matter.  And, really, by then, I'm going to need to know are we going to trial starting September or not.

MR. WHITE:  Okay.  Perfect.

MS. FOSTER:  We would agree, your Honor.  It would just be good to know so that we understand, given the number of witnesses.

THE COURT:  Exactly.  There are many, many people involved in this.  I'm holding a very significant chunk of time.

MR. WHITE: I understand. We'll have that decision then.

THE COURT: Okay.

MS. FOSTER: Thank you.

THE COURT: Okay. Thank you.

MR. WHITE: Thank you, your Honor. Have a nice weekend.

(Proceedings concluded at 1:50 p.m.)

C E R T I F I C A T E

I, Stephanie Whitehead, certify that I am a duly qualified and acting Official Court Reporter for the United States District Court; that the foregoing is a true and accurate transcript of the proceedings as taken by me in the above-entitled matter on January 17, 2025; and that the format used complies with the rules and requirements of the United States Judicial Conference.

Dated: February 13, 2026

s/ STEPHANIE WHITEHEAD

Stephanie Whitehead, CSR 10093
U.S. Official Court Reporter