UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

```
                                    )
UNITED STATES OF AMERICA,           )
                                    ) Case No. 19-CR-04488-JLS
                P laintiff,         )
                                    ) Friday, May 2, 2025
v.                                  )
                                    ) Status Hearing
MICHAEL JAMES PRATT,                )
                                    )
                Defendant.          )
_____)
```

BEFORE THE HONORABLE JANIS L. SAMMARTINO

UNITED STATES DISTRICT JUDGE

REPORTER'S TRANSCRIPT OF PROCEEDINGS
PAGES 1 THROUGH 10

APPEARANCES:

```
     For Plaintiff:   UNITED STATES ATTORNEY'S OFFICE
                      880 Front Street, Suite 6293
                      San Diego, California  92101-8807
                      BY:  ALEXANDRA FOSTER, AUSA
                      BY:  JOHN PARMLEY, AUSA

     For Defendant:   LAW OFFICE OF BRIAN J. WHITE
                      4320 Iowa St.
                      San Diego, California  92104
                      BY:  BRIAN J. WHITE, ESQ.


     Reported By:     Stephanie Whitehead, RDR, CRR, CRC, CVR
                      CSR No. 10093
                      District Court Clerk's Office
                      333 West Broadway, Suite 420
                      San Diego, California 92101
```

*(Reported stenographically; transcribed via computer)*

<u>**FRIDAY, MAY 2, 2025; 2:44 P.M.**</u>

\*       \*       \*

*THE CLERK:* Calling Matter No. 11:  19-cr-4488, United States of America v. Michael James Pratt, for a status hearing.

*MS. FOSTER:* Good afternoon, your Honor. Alexandra Foster and John Parmley for the United States.

*MR. PARMLEY:* Good afternoon.

*THE COURT:* Good afternoon to both of you.

*MR WHITE:* Good afternoon, your Honor.  Brian White on behalf of Mr. Pratt.  He's in custody.  He's not yet present.

*THE COURT:* Okay.  Thank you, Mr. White.  Good afternoon, sir.

*MR. WHITE:* Good afternoon.

*THE COURT:* Okay.  Go ahead, Mr. White.  Tell me what's going on.

*MR. WHITE:* Yes.  Mr. Pratt is now present in court, your Honor.  We have been involved in plea negotiations.  We have not come to resolution.  I think what the parties wanted to do is request a trial date at this point.  We have a little difference on when we want to set the trial date.  I think the Government wants to set it sooner than I do.

Realistically, based on some additional --

THE COURT:  Move over to this mic.

MR. WHITE:  Does this work?

THE COURT:  This mic picks you up better.  Thank you.

MR. WHITE:  Based on the -- some analysis we just received from our expert fairly recently -- it's fairly voluminous that I need to go through.  And based on my trial schedule, I don't think that any time this fall is going to be realistic for me.

THE COURT:  Well, remember, we were holding the month of September for you --

MR. WHITE:  Yes.  And we --

THE COURT:  -- and you had me vacate that.

MR. WHITE:  Yes, so I'm thinking maybe February would be realistic of next year.

THE COURT:  Okay.

MR. WHITE:  And to that end, you know, we're still -- I do want to let the Court know that we are actively working toward the possibility of a resolution.  And so we're still working on that track as well.

THE COURT:  You should work on all possible avenues.

MR. WHITE:  All avenues, yeah.

THE COURT:  I don't disagree with that at all.

MR. WHITE:  Okay.

Okay.  Ms. Foster?

*MS. FOSTER:*  Your Honor, the only thing I would add is what we have told Mr. White, and I hope is apparent to Mr. Pratt, is that this plea offer is open through May 16th and then, after that, there is no offer.

*THE COURT:*  It's open through May 16th, did you say?

*MS. FOSTER:*  Correct.  So he has two weeks to get us a signed plea agreement or not.

In the interim, we would ask for a trial date, understanding that this is looking like a three-week trial.  And so we would like to get on the Court's calendar so that we're not kicking this can down the road again and again.  And so that is why we are, at this juncture, asking for a trial date.  I understand --

*THE COURT:*  When would you like that trial date?

*MS. FOSTER:*  Our request would be earlier, sometime in October or November, but I do understand Mr. White's representations.  We have been working well together and so, given his request, you know, we would be ready to go in October or November.  That being said, if the Court and Mr. White are not available until February, obviously, that's when we would be ready to go.

*THE COURT:*  You know, I will make myself available for this case because it needs to be resolved.

We were set in September, and I know September's not a possibility, but you're saying you could be ready in November?

MS. FOSTER:  That's correct.

THE COURT:  I don't think the month of December's good because there are too many days that are not good. It's hard to get the jury.  The jury's going to have to be pre-screened for this case, and I'm probably going to have to call a larger-than-normal panel to do jury selection. I mean, we haven't even gotten down to talking about how we'll handle that.

So you could do the month of February?

Rhonda, call up my month of February, and let me see.

THE CLERK:  Looks like you have a civil trial the first week of February.

(Sotto voce discussion between the clerk and the Court.)

THE COURT:  So I should hold four weeks for this case?

MS. FOSTER:  Your Honor, I would suggest probably two to three weeks.  That is my expectation.

THE COURT:  Okay.  And what about starting this case on February the 9th, which is a Monday, and going for three weeks thereafter --

MR. WHITE:  Okay.

*THE COURT:* -- which would be February 9th and -- give us the next two Mondays.

*THE CLERK:* The next Monday is Washington's day.

*THE COURT:* Okay, so the next Tuesday.

*THE CLERK:* So that would be February 17th, and then the following Monday is February 23.

*THE COURT:* Okay. And because we're going to miss a day in there, I'm going to hold into the following week. What's the following Monday? I'll hold a couple of days.

*THE CLERK:* March 2.

*THE COURT:* March 2. You always lose days. Now, everybody -- both counsel know well I only do trial four days a week, so when we lose a day, we have to add a day. So I'm going to add March the 2nd in that week.

*MR. WHITE:* Okay.

*THE COURT:* And we're going to have to prescreen the jury for three to four weeks.

*MR. WHITE:* Okay.

*THE COURT:* We just have to. But that's not today's issue; we don't have to do that until right after the first of the year.

*MR. WHITE:* Okay.

*THE COURT:* Assuming this date holds.

But with the deadline of March the 16th on the

Government's offer, I would appreciate -- I'll go ahead and block this now for you.  I would appreciate knowing that, you know, leave it there or vacate it.

*MR. WHITE:*  Okay.  Sure.  So we're setting the 16th for the trial?

*THE COURT:*  We're sitting the trial to start February the 9th.

*MR. WHITE:*  Okay.

*THE COURT:*  The following week is a holiday -- has a Monday holiday, whatever that may be, a President's birthday or some holiday.  So we would start on the Tuesday, so we'd lose a day that week.

*MR. WHITE:*  Okay.

*THE COURT:*  So we're basically going each week until we finish it.

*MR. WHITE:*  I see.

*THE COURT:*  So the 9th of February, the 17th of February, the 23rd of February, and into the week of March the 2nd if we need it -- only if we need it.

*MR. WHITE:*  Got it.  Okay.

*THE COURT:*  But we've got to clear a jury for basically a month.

*MR. WHITE:*  Yeah.  Okay.

*THE COURT:*  Just to be clear.  I mean, we haven't talked about all the details.

MR. WHITE:  Right.  We'll do that later.

THE COURT:  Pardon?

MR. WHITE:  We'll do that later.

THE COURT:  We will do that later.

So I can back out of this a motion in limine date.

MR. WHITE:  Yes.

MS. FOSTER:  Yes, your Honor.

THE COURT:  And I should do that.  So if we're doing trial starting February 9th, why don't we go -- go about the second week in January.  Is that soon enough, or do you want it before then?

MS. FOSTER:  No, I think the second --

THE COURT:  Do you want it before the holidays or after?

MR. WHITE:  After, please.

THE COURT:  Okay.  Let's go the second week in January.

THE CLERK:  January 5.

THE COURT:  January 5?

THE CLERK:  Or do you want January 12th?

MR. WHITE:  Twelfth.

THE COURT:  January 12th.  And that is a --

THE CLERK:  -- Monday.

MR. WHITE:  Okay.

THE COURT:  Okay.  We'll do it on a non-Friday.

January 12th for motions in limine.

THE CLERK:  At 2:00 p.m., or did you want it early?

THE COURT:  No, let's do it at 10:00 a.m. January the 12th, Monday, at 10:00 a.m.  And at that point we'll know better what's going to happen.  And we can talk about jury instructions, and we can talk about jury selection and whatnot.  I'll probably have already started -- I will have already started prescreening the jury.  Jury Services will start that mid December, because it takes a solid four weeks to get those out and back and to screen them.

MR. WHITE:  Okay.  Perfect.

THE COURT:  So keep that in mind as you discuss alternative ways of resolving this, because a lot of work goes into it in court administration.

MR. WHITE:  Okay.  Understood.

THE COURT:  Okay.  Anything else?

MR. WHITE:  Nothing else, your Honor.

MS. FOSTER:  No, your Honor.  But we will let the Court know on May 16th, whether it's up or down, just so the Court has some idea.

THE COURT:  I'd appreciate that, Ms. Foster, if you would.

Mr. White, would you agree that time is excluded, sir?

MR. WHITE:  Yes, I do, your Honor.

THE COURT:  Okay.  Anything else?

MR. WHITE:  Nothing, your Honor.  Thank you.

THE COURT:  Anything?

MS. FOSTER:  Nothing, your Honor.  Thank you.

THE COURT:  Okay.  Thank you.  Keep me posted.

MR. WHITE:  Thank you, your Honor.

MR. PARMLEY:  Thank you, your Honor.  Have a nice weekend.

THE COURT:  You too.

*C E R T I F I C A T E*

I, Stephanie Whitehead, certify that I am a duly qualified and acting Official Court Reporter for the United States District Court; that the foregoing is a true and accurate transcript of the proceedings as taken by me in the above-entitled matter on May 2, 2025; and that the format used complies with the rules and requirements of the United States Judicial Conference.

Dated:  February 12, 2026


*s/ STEPHANIE WHITEHEAD*
Stephanie Whitehead, CSR 10093
U.S. Official Court Reporter