UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JAMES PRATT,<br>  aka "Mark",<br><br>Defendant. | Case No.  19CR4488-JLS<br><br>AMENDED ORDER OF<br>CRIMINAL FORFEITURE |

On November 18, 2025, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of MICHAEL JAMES PRATT, aka "Mark", ("Defendant") in the following properties, pursuant to 18 U.S.C. § 1594(d):

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses for which Defendant was found guilty, including:

    a. Approximately 0.61096499 Bitcoin seized from wallet #XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX5D4d belonging to Michael Pratt;

b. Approximately 3.34207883 of Bitcoin seized from wallet ID XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXtu2y belonging to Michael Pratt at San Diego, CA;

c. Approximately .40164883 of Bitcoin seized from wallet ID XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX3xt6 belonging to Michael Pratt;

d. $2,400.00 U.S. Currency;

e. One black Apple iPhone 7, Model: A1778 FCC ID BCG-E3091A;

f. Silver Apple MacBook Pro Serial No. XQV5X260FO;

g. Silver and Blue Redmi Cellphone Serial No. 36553/62VM00120;

h. White Apple iPhone with black case;

i. Silver LaCie Hard Drive with orange cover;

j. Business Documents (identified as item numbers 24, 26, 27);

k. One document; "Alex Morales freelance reporter";

l. Business documents, fourteen blue Blu-Ray Discs, sixty four Sony mini cassette tapes (identified as item number 28);

m. Six clear plastic bins with black top filled w/ documents (identified as item numbers 33A, 33B, 33C, 33D, 33E, 33F);

n. Three black accordion file folders w/ documents;

o. One black plastic file cabinet w/ documents;

p. Six Boxes containing Pendaflex folders (identified as item numbers 36A, 36B, 36C, 36D, 36E, 36F);

q. Business documents, list of girls names, printed photographs of females;

r. Business documents with girls names and DOBs, vehicle registration document, and scrips;

s. Purple folder w/ W9 documents, nondisclosure agreements;

t. Business records (identified as item 128);

u. Blank modeling documents;

v. Intel NUC, Model: DN2820FYK, (labeled with tape as "DSL 1");

w. ASUS VivoPC, Model: VM40B, serial Number: F1MSBX002370, (labeled with tape as "DSL 2");

x. ASUS VivoPC, Model: VM40B, serial Number: F1MSBX003365, (labeled with tape as "CABLE 1");

y. ASUS VivoPC, Model: VM40B, serial Number: E3MSBX073641, (labeled with tape as "CABLE 2");

z. Four silver and black Ledger crypto wallets 3/15/2024;

aa. One silver and black Ledger crypto wallet with seed/pass phrase in box 3/15/2024;

bb. One Doubletree by Hilton receipt;

cc. One red bag of sex toys;

dd. Miscellaneous documents (identified as item 54);

ee. One box of miscellaneous documents (identified as item 64);

ff. Three blank business checks, #1959-1961 in the name of Excess Publications LLC;

gg. One orange notebook with writing;

hh. Monitoring agreement, mail;

ii. Two BLL Media Inc checks (one for $2,841.80 and one for $3,183.70);

jj. Receipt book;

kk. Two Western Union receipts;

ll. Tax documents, apartment lease, employee handbook;

mm. Rental agreement and miscellaneous documents (identified as item 132);

nn. Signed contracts;

oo. One receipt for $308.00 (identified as item 134);

pp. Bank routing information;

- 3 -                                    19CR4488

qq.  Rental agreements (identified as item 137);

rr. One plastic gray bin with discs;

ss. One Solamar Hotel receipt;

tt. Miscellaneous receipts inside cardboard box;

uu. One silver LG cell phone;

vv. One piece of blue paper with handwriting on back;

ww. One Sony blu-ray disc BDR 25GB in case; and

xx. Eleven data cartridges.

For thirty (30) consecutive days ending on March 22, 2026, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

On March 6, 2026, Notice of Order of Forfeiture was sent by Federal Express mail as follows:

| Name and Address | Tracking No. | Result |
| --- | --- | --- |
| Mark Anthony Abbatangelo<br>14 Page Ter, Ste 2A<br>Stoughton, MA 02072 | 889345107041 | Delivered on 3/10/26 |
| Mark Anthony Abbatangelo<br>64 Hillcrest Road<br>East Weymouth, MA 02189 | 889345140224 | Delivered on 3/10/26 |
| BLL Media LLC<br>121 West Broadway<br>Ste 544-546<br>San Diego, CA 92101 | 889345194842 | Undeliverable |
| BLL Media LLC<br>3651 Lindell Road<br>STE D283<br>Las Vegas, NV 89103 | 889345298553 | Undeliverable |

- 4 -                                          19CR4488

| Name and Address | Tracking No. | Result |
|---|---|---|
| Ruben Andre Garcia<br>c/o Vincent James Brunkow<br>225 Broadway<br>Suite 900<br>San Diego, CA 92101 | 889373281021 | Delivered on 3/9/26 |
| Ruben Andre Garcia<br>325 7th Avenue<br>Unit #806<br>San Diego, CA 92101 | 889373319029 | Delivered on 3/9/26 |
| Ruben Andre Garcia<br>Prisoner ID:8976-7298<br>Western Region Detention Facility<br>220 West C Street<br>San Diego, CA 92101 | 889373420518 | Delivered on 3/9/26 |
| Matthew I. Wolfe<br>Prisoner ID: 8977-1298<br>Western Region Detention Facility<br>220 West C Street<br>San Diego, CA 92101 | 889373789622 | Delivered on 3/9/26 |
| Matthew I. Wolfe<br>121 West Broadway<br>Ste 544-546<br>San Diego, CA 92101 | 889373827189 | Undeliverable |
| Amberlyn Dee Nored<br>c/o Jason T. Conforti<br>550 West C Street<br>Suite 620<br>San Diego, CA 92101 | 889374196290 | Delivered on 3/9/26 |
| Mark Anthony Abbatangelo<br>113 West G Street, Ste 123<br>San Diego, CA 92101 | 889345130451 | Delivered on 3/9/26 |
| Mark Anthony Abbatangelo<br>2221 Park Centre Drive, Apt. 304<br>Westminster, CO 80234 | 889345176030 | Delivered on 3/9/26 |
| BLL Media LLC<br>3064 Silver Sage Drive<br>STE 150<br>Carson City, NV 89701 | 889345281650 | Undeliverable |
| BLL Media LLC<br>555 W Beech Street<br>STE 500<br>San Diego, CA 92101 | 889345228580 | Delivered on 3/9/26 |

- 5 -                                   19CR4488

| Name and Address | Tracking No. | Result |
|---|---|---|
| Theodore Wilfred Gyi<br>c/o Chad Michael Lewin<br>12711 Ventura Boulevard<br>Suite 410<br>Studio City, CA 91604 | 889373539298 | Delivered on 3/9/26 |
| Valorie Moser<br>5080 Camino Del Arroyo<br>Apt 503<br>San Diego, CA 92108 | 889373625695 | Delivered on 3/9/26 |
| Valorie Moser<br>c/o Anthony E. Colombo Jr. Esq.<br>105 West F Street<br>Third Floor<br>San Diego, CA 92101 | 889373684606 | Delivered on 3/9/26 |
| Matthew I. Wolfe<br>c/o Jeremy D Warren Esq.<br>501 W. Broadway<br>Suite 240<br>San Diego, CA 92101 | 889373744454 | Delivered on 3/9/26 |
| Matthew I. Wolfe<br>969 Market Street<br>Unit 1203<br>San Diego, CA 92101 | 889373909105 | Delivered on 3/9/26 |
| Matthew I. Wolfe<br>611 K Street<br>Unit 313<br>San Diego, CA 92101 | 889373933198 | Undeliverable |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of Defendant's conviction on Counts 1 and 2 of the Superseding Indictment and based upon the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of MICHAEL JAMES PRATT, aka "Mark", and any and all third parties, including any interest of Mark Anthony Abbatangelo, BLL Media LLC, Ruben Andre Garcia, Matthew I. Wolfe, Amberlyn Dee Nored, Theodore Wilfred Gyi, and Valorie Moser, in the following

properties are hereby condemned, forfeited, and vested in the United States of America pursuant to 18 U.S.C. § 1594(d):

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

a. Approximately 0.61096499 Bitcoin seized from wallet #XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX5D4d belonging to Michael Pratt;

b. Approximately 3.34207883 of Bitcoin seized from wallet ID XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXtu2y belonging to Michael Pratt at San Diego, CA;

c. Approximately .40164883 of Bitcoin seized from wallet ID XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX3xt6 belonging to Michael Pratt;

d. $2,400.00 U.S. Currency;

e. One black Apple iPhone 7, Model: A1778 FCC ID BCG-E3091A;

f. Silver Apple MacBook Pro Serial No. XQV5X260FO;

g. Silver and Blue Redmi Cellphone Serial No. 36553/62VM00120;

h. White Apple iPhone with black case;

i. Silver LaCie Hard Drive with orange cover;

j. Business Documents (identified as item numbers 24, 26, 27);

k. One document; "Alex Morales freelance reporter";

l. Business documents, fourteen blue Blu-Ray Discs, sixty four Sony mini cassette tapes (identified as item number 28);

m. Six clear plastic bins with black top filled w/ documents (identified as item numbers 33A, 33B, 33C, 33D, 33E, 33F);

n. Three black accordion file folders w/ documents;

o. One black plastic file cabinet w/ documents;

p. Six Boxes containing Pendaflex folders (identified as item numbers 36A, 36B, 36C, 36D, 36E, 36F);

q. Business documents, list of girls names, printed photographs of females;

r. Business documents with girls names and DOBs, vehicle registration document, and scrips;

s. Purple folder w/ W9 documents, nondisclosure agreements;

t. Business records (identified as item 128);

u. Blank modeling documents;

v. Intel NUC, Model: DN2820FYK, (labeled with tape as "DSL 1");

w. ASUS VivoPC, Model: VM40B, serial Number: F1MSBX002370, (labeled with tape as "DSL 2");

x. ASUS VivoPC, Model: VM40B, serial Number: F1MSBX003365, (labeled with tape as "CABLE 1");

y. ASUS VivoPC, Model: VM40B, serial Number: E3MSBX073641, (labeled with tape as "CABLE 2");

z. Four silver and black Ledger crypto wallets 3/15/2024;

aa. One silver and black Ledger crypto wallet with seed/pass phrase in box 3/15/2024;

bb. One Doubletree by Hilton receipt;

cc. One red bag of sex toys;

dd. Miscellaneous documents (identified as item 54);

ee. One box of miscellaneous documents (identified as item 64);

ff. Three blank business checks, #1959-1961 in the name of Excess Publications LLC;

gg. One orange notebook with writing;

hh. Monitoring agreement, mail;

- 8 -                                     19CR4488

ii. Two BLL Media Inc checks (one for $2,841.80 and one for $3,183.70);

jj. Receipt book;

kk. Two Western Union receipts;

ll. Tax documents, apartment lease, employee handbook;

mm. Rental agreement and miscellaneous documents (identified as item 132);

nn. Signed contracts;

oo. One receipt for $308.00 (identified as item 134);

pp. Bank routing information;

qq. Rental agreements (identified as item 137);

rr. One plastic gray bin with discs;

ss. One Solamar Hotel receipt;

tt. Miscellaneous receipts inside cardboard box;

uu. One silver LG cell phone;

vv. One piece of blue paper with handwriting on back;

ww. One Sony blu-ray disc BDR 25GB in case; and

xx. Eleven data cartridges.

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, Federal Bureau of Investigation, and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the United States Marshals Service and the Federal Bureau of Investigation shall dispose of the forfeited properties according to law.

**IT IS SO ORDERED.**

Dated:  May 6, 2026

Hon. Janis L. Sammartino
United States District Judge